AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Association of Administrative Law
Judges, et al.,

Plaintiffs,

V.

United States Office of Personnel Management and
Linda M. Springer, Director of U.S. Office of
Personnel Management,

Defendants.

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-00711
Assigned To : Collyer, Rosemary M.
Assign. Date : 4/18/2007
Description: ASSOC. OF ADMIN. LAW JUDGES, ET.AL VS. US OPM, ET.AL

TO: (Name and address of Defendant)

**United States Office of Personnel Management
c/o Kerry McTigue, General Counsel
1900 E Street, N.W.
Washington, D.C. 20415-9700**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**Robert H. Stropp
1920 L Street, N.W., Suite 400
Washington, D.C. 20036**

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

CLERK

(By) DEPUTY CLERK

**APR 1 8 2007**

DATE

AO 440 (Rev DC - September 2003) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE 4/19/07 |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Robert Coomber | TITLE Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Tiffany Dargin of OPM

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/19/07
                Date

Signature of Server

3300 16th St. NW Apt. 401
Washington, DC 20010
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.