IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, et al., ) ) ) Plaintiffs, ) ) v. ) ) UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., ) ) ) Defendants. ) ) | Civil No. 07cv00711 (RMC) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please take notice that by this filing, trial attorneys Christopher Hall and Justin Sandberg of the United States Department of Justice, Civil Division, Federal Programs Branch, enter their appearance as counsel on behalf of Defendants United States Office of Personnel Management ("OPM") and Linda M. Springer, Director of OPM, in the above-captioned case.

By this notice, undersigned counsel hereby informs Plaintiffs and the Court that Defendants intend to plead or otherwise defend this action as provided by the Federal Rules of Civil Procedure, and that Defendants specifically intend to answer or otherwise respond to Plaintiffs' First or Second Amended Complaint, as appropriate, after the Court rules upon Plaintiffs' Motion for Leave to File Second Amended Complaint [Docket No. 7].

| | |
|---|---|
| Dated: July 30, 2007 | Respectfully submitted, |

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SUSAN RUDY
Assistant Branch Director


    */s/ Christopher R. Hall*
CHRISTOPHER R. HALL
JUSTIN SANDBERG
Trial Attorneys
U.S. Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C.  20530

(202) 514-4778