IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., )<br>)<br>Defendants. )<br>) | Civil No. 07cv00711 (RMC) |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND
TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants respectfully request that the Court enter an Order extending Defendants' deadline to respond to Plaintiffs' second amended complaint from Friday, August 17, 2007, to Friday, September 21, 2007. Pursuant to L.Civ.R. 7.1(m), undersigned Defendants' counsel has conferred with Plaintiffs' counsel, and Plaintiffs do not oppose this requested extension.

As background and basis for this motion, Defendants state the following:

1. Plaintiffs filed their original complaint in this matter on April 18, 2007 [Docket No. 1]. On June 14, 2007, Plaintiffs filed their first amended complaint [Docket No. 6]. On July 2, 2007, Plaintiffs filed a motion seeking leave to file a second amended complaint [Docket No. 7]. The Court granted that motion on July 31, 2007; Plaintiffs' second amended complaint was deemed filed as of that date [Docket No. 9].

2. Pursuant to Fed. R. Civ. P. 6 and 15(a), Defendants' response to the second amended complaint is due on or about August 17, 2007. However, the press of business in other matters have prevented counsel for Defendants from focusing sufficient attention on this case

until recently. Therefore, an extension of time is necessary to allow Defendants sufficient time to adequately respond to Plaintiffs' second amended complaint. The amount of time requested reflects the necessity of accommodating pre-existing travel and other commitments of counsel for Defendants as well as agency counsel. Counsel for Defendants as well as agency counsel are away from the office and unavailable for significant portions of August and the first half of September. Thus, Defendants need until September 21 to prepare their response.

     3.    On the basis of the foregoing, Defendants respectfully request an extension of their time to respond to Plaintiffs' second amended complaint to and including Friday, September 21, 2007.

Dated: August 14, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SUSAN RUDY
Assistant Branch Director


   */s/ Christopher R. Hall*
CHRISTOPHER R. HALL
JUSTIN SANDBERG
Trial Attorneys
U.S. Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20530

(202) 514-4778

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | Civil No. 07cv00711 (RMC) |
| v. | ) ) | |
| UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., | ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER**

Based upon Defendants' Unopposed Motion to Extend Time to Respond to Plaintiffs' Complaint, it is hereby ORDERED that the time for responding to Plaintiffs' Second Amended Complaint is extended to and including September 21, 2007.

Done this _____ day of August, 2007.

_____
Honorable Rosemary M. Collyer
U.S. District Judge