IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, et al., ) ) ) Plaintiffs, ) ) v. ) ) UNITED STATES OFFICE OF ) PERSONNEL MANAGEMENT, et al., ) ) Defendants. ) ) | Civil No. 07cv00711 (RMC) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Justin M. Sandberg hereby enters his appearance for Defendants in the above-captioned action.

Dated: September 24, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SUSAN RUDY
Assistant Branch Director

 /s/ Justin M. Sandberg
CHRISTOPHER R. HALL
JUSTIN M. SANDBERG
Trial Attorneys
U.S. Department of Justice

1

Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20530
Phone: (202) 514-3489
Facsimile: (202) 616-8202
E-mail: justin.sandberg@usdoj.gov
<u>Counsel for Defendants</u>