IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, et al., ) <br><br>Plaintiffs, ) <br><br>v. ) <br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., ) <br><br>Defendants. ) | Case No. 07-0711 (RMC) |

**UNOPPOSED MOTION TO EXTEND THE DEADLINE
FOR FILING PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS**

Come now Plaintiffs, by and through their undersigned counsel, and hereby request a brief extension for filing their Opposition to Defendants' Motion for to Dismiss. In support of this Motion, Plaintiffs state:

1. Plaintiff's filed their original Complaint on April 18, 2007. On July 2, 2007, Plaintiffs filed a Second Amended Complaint. With the consent of the Plaintiffs, Defendants received an extension until September 21, 2007, to file an answer or other responsive pleading in this case. On September 21, 2007, Defendants filed their Motion to Dismiss. Pursuant to the Court's Local Rules and the Federal Rules of Civil Procedure, Plaintiffs' Opposition to the Motion to Dismiss is currently due on October 5, 2007.

2. Lead counsel for Plaintiffs was out of the country at the time the Motion to Dismiss was filed and, due to other travel, did not return to the office until September 28, 2007. The Defendant's Motion to Dismiss raises several legal arguments which will require significant time prepare a response. In addition, counsel for Plaintiffs will have to coordinate with several

Plaintiffs who reside in different parts of the country. Finally, counsel for Plaintiffs is engaged in other litigation and other matters on behalf of their clients which have drawn their attention away from the instant case. Therefore, an extension of time is necessary to allow Plaintiffs sufficient time to adequately respond to Defendant's Motion to Dismiss. Thus, Plaintiffs need until October 22, 2007, to prepare their response.

      3.    Counsel for Plaintiffs has contacted counsel for the Defendants and discussed the need for a seventeen (17) day extension, up to and including Monday, October 22, 2007, of the deadline for their Opposition to the Motion to Dismiss. Counsel for the Defendants has reported that the Defendants have consented to such an extension.

      WHEREFORE, Plaintiffs respectfully request that the Court extend the deadline for filing Plaintiffs' Opposition to Defendants' Motion to Dismiss up to and including Monday, October 22, 2007, and for all other just and proper relief.

                                    Respectfully submitted,

                                    /s/ Robert H. Stropp, Jr.
Robert H. Stropp, Jr. D.C Bar #429737
Richard C. Welch, D.C Bar #485756
Mooney, Green, Baker & Saindon, P.C.
1920 L Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 783-0010
Facsimile: (202) 783-6088
Attorneys for the Plaintiffs

October 1, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that on October 1, 2007, a true and correct copy of the foregoing Unopposed Motion for Extension to File was served via the Court's ECF system/electronic mail and by U.S. Mail, first class postage prepaid, on the following:

Christopher Hall
Justin M. Sandberg
Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, DC 20530

                                                /s/ Richard C. Welch
                                                Richard C. Welch
                                                Attorney for the Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, et al., | ) ) ) |
| Plaintiffs, | ) Case No. 07-0711 (RMC) |
| v. | ) ) |
| UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Plaintiffs' Unopposed Motion to Extend the Deadline for Filing an Opposition to the Motion to Dismiss, it is this ___ day of _____, 2007, hereby

**ORDERED**, that the Plaintiffs' Motion be, and hereby is, **GRANTED** and **ORDERS** that the deadline for filing an Opposition to Defendants' Motion to Dismiss be extended up to and including Monday, October 22, 2007.

  
_____
Hon. Rosemary M. Collyer
United States District Court Judge