IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | Civil No. 07cv00711 (RMC) |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Defendants respectfully request that the Court enter an Order extending Defendants' deadline to file their reply memorandum in support of Defendants' Motion to Dismiss [Docket No. 11] from Thursday, November 1, 2007, to Wednesday, November 14, 2007. Pursuant to L.Civ.R. 7.1(m), undersigned Defendants' counsel has conferred with Plaintiffs' counsel, and Plaintiffs do not oppose this requested extension.

As background and basis for this motion, Defendants state the following:

1. On September 21, 2007, Defendants filed their motion to dismiss Plaintiffs' Second Amended Complaint for lack of subject-matter jurisdiction [Docket No. 11]. Plaintiffs moved the Court for an extension of their time to respond to Defendants' motion, a request to which Defendants consented [Docket Nos. 13, 14]. The Court granted Plaintiffs' motion for an extension, extending Plaintiffs' response date from October 5, 2007, to October 22, 2007 [see undocketed minute order of Oct. 10, 2007].

2.    Pursuant to L.Civ.R. 7.1(d) and Fed. R. Civ. P. 6(e), Defendants' reply memorandum in support of their Motion to Dismiss is due on Thursday, November 1, 2007. However, the press of litigation in other cases has prevented Counsel for Defendants from focusing sufficient attention on this case in the time since Plaintiffs filed their response on October 22, 2007.  Inter alia, undersigned counsel also represents the defendants in the cases of Penobscot Indian Nation v. HUD, et al., Civ. No. 07-1282 (D.D.C.) (PLF), and AmeriDream v. Jackson, Civ. No. 07-1752 (D.D.C.) (PLF), in which preliminary injunction proceedings were held over the past two weeks, culminating in oral argument on Tuesday, October 30, 2007. Therefore, an extension is necessary to allow Defendants sufficient time to prepare a reply in support of their Motion to Dismiss.  The length of time requested reflects the need to account for pre-existing obligations of counsel for Defendants.  Thus, Defendants need until November 14, 2007, to prepare their reply memorandum.

3.    On the basis of the foregoing, Defendants respectfully request an extension of their time to submit their reply memorandum in support of their Motion to Dismiss through and including Wednesday, November 14, 2007.

Dated: October 31, 2007                             Respectfully submitted,

                                                    PETER D. KEISLER
                                                    Assistant Attorney General

                                                    JEFFREY A. TAYLOR
                                                    United States Attorney

                                                    SUSAN RUDY
                                                    Assistant Branch Director


                                                     /s/ Christopher R. Hall
                                                    CHRISTOPHER R. HALL
                                                    JUSTIN SANDBERG
                                                    Trial Attorneys
                                                    U.S. Department of Justice
                                                    Civil Division
                                                    Federal Programs Branch
                                                    P.O. Box 883
                                                    Washington, D.C.  20530

                                                    (202) 514-4778

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., )<br>)<br>Defendants. ) | Civil No. 07cv00711 (RMC) |

**[PROPOSED] ORDER**

Based upon the reasons set forth in Defendants' Unopposed Motion to Extend Time to File Reply in Support of Defendants' Motion to Dismiss, it is hereby ORDERED that the time for filing Defendants' reply memorandum is extended to and including November 14, 2007.

Done this _____ day of _____, 2007.


                                                                _____
                                                                Honorable Rosemary M. Collyer
                                                                U.S. District Judge