UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　　Civil Action No. 07-711 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendants' motion to dismiss [Dkt. #11] is **GRANTED in part and DENIED in part**; and it is

**FURTHER ORDERED** that no later than February 21, 2008, Plaintiffs shall file a third amended complaint setting forth allegations to support standing to bring Counts I, II, III, and V; and it is

**FURTHER ORDERED** that Count IV is dismissed without prejudice as not ripe.

**SO ORDERED.**


Date: February 7, 2008　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　ROSEMARY M. COLLYER
　　　　　　　　　　　　　　　　　　　　United States District Judge