IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil No. 07cv00711 (RMC)

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO ANSWER PLAINTIFFS' THIRD AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Defendants respectfully request that the Court enter an Order extending Defendants' deadline to answer Plaintiffs' Third Amended Complaint for Declaratory and Injunctive Relief from Monday, March 10, 2008, to Monday, March 17, 2008. Pursuant to L.Civ.R. 7.1(m), undersigned Defendants' counsel has conferred with Plaintiffs' counsel, and Plaintiffs do not oppose this requested extension.

As background and basis for this motion, Defendants state the following:

1.   On February 21, 2008, pursuant to the Court's order of February 7, 2008, Plaintiffs filed their Third Amended Complaint for Declaratory and Injunctive Relief [Docket No. 20]. Defendants' response thereto was due March 10, 2008.

2.   The press of litigation in other cases, as well as other scheduling conflicts, has prevented undersigned counsel and agency counsel from coordinating the preparation and filing of Defendants' answer by the foregoing deadline. Therefore, an extension is necessary to allow Defendants sufficient time to prepare their answer. The length of time requested – through and

including March 17, 2008 – reflects the need to account for pre-existing obligations of counsel for Defendants.

     3.     On the basis of the foregoing, Defendants respectfully request an extension of their time to answer Plaintiffs' Third Amended Complaint through and including Monday, March 17, 2008.

Dated: March 10, 2008                               Respectfully submitted,

                                                                  JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SUSAN RUDY
Assistant Branch Director


                                           */s/ Christopher R. Hall*
CHRISTOPHER R. HALL
JUSTIN SANDBERG
Trial Attorneys
U.S. Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20530

(202) 514-4778

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., )<br>)<br>Defendants. ) | Civil No. 07cv00711 (RMC) |

**[PROPOSED] ORDER**

Based upon the reasons set forth in Defendants' Unopposed Motion to Extend Time to Answer Plaintiffs' Third Amended Complaint for Declaratory and Injunctive Relief, it is hereby ORDERED that the time for filing Defendants' answer is extended to and including March 17, 2008.

Done this _____ day of _____, 2008.

_____
Honorable Rosemary M. Collyer
U.S. District Judge