IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, et al., </br></br>Plaintiffs,</br></br>v.</br></br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,</br></br>Defendants. | )</br>)</br>)</br>)</br>)  Civil No. 07cv00711 (RMC)</br>)</br>)</br>)</br>)</br>)</br>)</br>) |

**NOTICE OF FILING OF DEFENDANTS' PROPOSED SCHEDULING ORDER**

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that by this filing, pursuant to the Court's minute order of March 18, 2008, Defendants hereby file the proposed summary judgment scheduling order attached hereto. Counsel for Defendants conferred in good faith with counsel for Plaintiffs in an effort to reach a joint proposed schedule acceptable to both parties. However, the parties were unable to agree on such a schedule because of Plaintiffs' contention that they should be permitted as of right to take discovery pursuant to Fed. R. Civ. P. 26. Defendants agree with the Court's instruction that the appropriate procedure in this case, which Plaintiffs bring under the Administrative Procedure Act, 5 U.S.C. § 706 et seq. ("APA"), is for Defendants to file the Administrative Record, to be followed by dispositive motions. Defendants have proposed a schedule to that effect. Should Plaintiffs believe that discovery outside the Administrative Record is warranted, the appropriate procedure for seeking such discovery would be to file a motion with the Court after submission of the record at the earliest or, more appropriately, through submission of a Fed. R. Civ. P. 56(f) motion following Defendants' cross-motion for summary judgment. The submission of the

Administrative Record and of dispositive motions will serve to identify and narrow any issues that allegedly warrant discovery.

On that basis, Defendants propose the following summary judgment briefing schedule for the resolution of this matter on the merits:

1. On or before May 30, 2008, Defendants will file the Administrative Record.

2. The parties will file contemporaneous cross-motions for summary judgment on or before June 30, 2008.

3. Each party will file an opposition to the other party's cross-motion for summary judgment by July 30, 3008.

4. Each party may file a reply memorandum in support of its cross-motion for summary judgment by August 14, 2008.

Dated: April 8, 2008                                       Respectfully submitted,

                                                           JEFFREY S. BUCHOLTZ
                                                           Acting Assistant Attorney General

                                                           JEFFREY A. TAYLOR
                                                           United States Attorney

                                                           SUSAN RUDY
                                                           Assistant Branch Director


                                                            */s/ Christopher R. Hall*
                                                           CHRISTOPHER R. HALL
                                                           JUSTIN SANDBERG
                                                           Trial Attorneys
                                                           U.S. Department of Justice
                                                           Civil Division
                                                           Federal Programs Branch
                                                           P.O. Box 883
                                                           Washington, D.C.  20530

                                                           (202) 514-4778

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil No. 07cv00711 (RMC) |

**ORDER**

On the basis of the parties' proposed orders on scheduling, the Court adopts the following summary judgment briefing schedule for the resolution of this matter on the merits:

1.  On or before May 30, 2008, Defendants will file the Administrative Record.

2.  The parties will file contemporaneous cross-motions for summary judgment on or before June 30, 2008.

3.  Each party will file an opposition to the other party's cross-motion for summary judgment by July 30, 3008.

4.  Each party may file a reply memorandum in support of its cross-motion for summary judgment by August 14, 2008.

SO ORDERED this _____ day of _____, 2008.


_____
Honorable Rosemary M. Collyer
United States District Judge