IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil No. 07cv00711 (RMC) |

**NOTICE OF FILING OF PLAINTIFFS' PROPOSED SCHEDULING ORDER**

TO THE COURT AND ALL PARTIES OF RECORD

Please take notice by this filing, pursuant to the Court's minute order of March 18, 2008, Plaintiffs hereby file their proposed discovery and summary judgment briefing order attached hereto. Counsel for Defendants and counsel conferred in good faith regarding a mutually agreeable schedule, but were not able to reach an agreement on a joint proposed schedule. Plaintiffs seek the opportunity to propound discovery relevant to their claims. Plaintiffs, in their proposed schedule, have agreed that any discovery response would not be due until after the filing of the Administrative Record. As a result, to the extent the Administrative Record contained the information sought through discovery, a reference to the Administrative Record would be sufficient.

In this case, Plaintiffs anticipate the need for discovery outside of the record, particularly on Count IV of the third amended complaint, because the record will be insufficient to adjudicate Plaintiffs' claims. Under the Defendants' proposed schedule, Plaintiffs will have the burden of

seeking discovery during the summary judgment briefing period. Accordingly, Plaintiffs propose the following discovery and summary judgment briefing schedule:

1. The deadline for discovery would be July 1, 2008 (All discovery to be served such that responses are due on or before August 1, 2008). The Defendant will not be required to provide any discovery responses prior to the filing of the Administrative Record.

    Depositions:       limit of 5 per party
    Interrogatories:   limit of 25 per party

2. On or before May 30, 2008, Defendants will file the Administrative Record.

3. The parties will file contemporaneous cross-motions for summary judgment on or before September 1, 2008.

4. Each party will file an opposition to the other party's cross-motion for summary judgment by October 1, 2008.

5. Each party may file a reply memorandum in support of its cross-motion for summary judgment by October 16, 2008.

Plaintiffs request a Scheduling Conference with the Court to resolve this disagreement.

                                            Respectfully submitted,

                                              /s/ Richard C. Welch
                                        Robert H. Stropp, Jr. D.C Bar #429737
                                        Richard C. Welch (DC Bar# 485756)
                                        Mooney, Green, Baker & Saindon, P.C.
                                        1920 L Street, NW
                                        Washington, D.C. 20036
                                        (202) 783-0010
                                        (202) 783-6088 Facsimile
                                        rwelch@mooneygreen.com
Dated: April 9, 2008                      Counsel for the Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | Case No. 07-0711 (RMC) |

**ORDER**

After consideration of the parties' proposed orders on scheduling, the Court adopts the following discovery and summary judgment briefing schedule in the instant case:

1. The deadline for discovery would be July 1, 2008 (all discovery to be served such that responses are due on or before August 1, 2008). The Defendant will not be required to provide any discovery responses prior to the filing of the Administrative Record.

   Depositions:         limit of 5 per party

   Interrogatories:     limit of 25 per party

2. On or before May 30, 2008, Defendants will file the Administrative Record.

3. The parties will file contemporaneous cross-motions for summary judgment on or before September 1, 2008.

4. Each party will file an opposition to the other party's cross-motion for summary judgment by October 1, 2008.

5. Each party may file a reply memorandum in support of its cross-motion for summary judgment by October 16, 2008.

**SO ORDERED** this ___ day of _____, 2008.

_____
Hon. Rosemary M. Collyer
United States District Court Judge