IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., )<br>)<br>Defendants. )<br>) | Civil No. 07cv00711 (RMC) |

**DEFENDANTS' MOTION FOR EXTENSION OF
ADMINISTRATIVE RECORD DEADLINE AND SUMMARY JUDGMENT
BRIEFING SCHEDULE**

Defendants respectfully request that the Court enter an Order extending Defendants' deadline to file the administrative record from Friday, May 30, 2008, to Friday, June 27, 2008, and to extend by a corresponding period the summary judgment briefing schedule, as set forth herein. Pursuant to L.Civ.R. 7.1(m), undersigned Defendants' counsel conferred with Plaintiffs' counsel regarding this request. Plaintiffs' counsel indicated that Plaintiffs would not oppose a two-week extension of the administrative record filing deadline, to Friday, June 13, 2008, but indicated that Plaintiffs might object to a request for an extension beyond that date.

As background and basis for this motion, Defendants state the following:

1.      On April 9, 2008, after considering the parties' separate submissions regarding scheduling, the Court entered a scheduling order requiring Defendants to file the administrative record no later than May 30, 2008, and setting a briefing schedule tied to that filing date, with Defendants' motion for summary judgment due by June 30, 2008; Plaintiffs' response due by July 30, 2008; and Defendants' reply, if any, due by August 14, 2008.

2. Defendants have been working diligently to compile the administrative record, and anticipated that the record would be completed in time to satisfy the May 30, 2008, deadline. However, the need to resolve several logistical issues required to finalize the record and the press of business on other matters have rendered it impossible to finalize the record in time to satisfy that deadline.

3. For those reasons, an extension is necessary to allow Defendants sufficient time to finalize the administrative record. The length of the extension requested – through and including June 27, 2008 – reflects the need to account for competing obligations of agency counsel and personnel and Defendants' counsel and to resolve the remaining issues as to the record.

4. On the basis of the foregoing, Defendants respectfully request an extension of their time to file the administrative record through and including Friday, June 27, 2008, with corresponding extensions of the briefing schedule as follows:

| July 25, 2008 | Defendants' Motion for Summary Judgment due. |
| --- | --- |
| August 22, 2008 | Plaintiffs' Response due. |
| September 5, 2008 | Defendants' Reply, if any, due. |

Dated: May 29, 2008                                             Respectfully submitted,

                                                                GREGORY G. KATSAS
                                                                Acting Assistant Attorney General

                                                                JEFFREY A. TAYLOR
                                                                United States Attorney

                                                                SUSAN RUDY
                                                                Assistant Branch Director


                                                                 /s/ Christopher R. Hall
                                                                CHRISTOPHER R. HALL
                                                                JUSTIN SANDBERG
                                                                Trial Attorneys
                                                                U.S. Department of Justice
                                                                Civil Division
                                                                Federal Programs Branch
                                                                P.O. Box 883
                                                                Washington, D.C.  20530

                                                                (202) 514-4778

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil No. 07cv00711 (RMC) |

**ORDER**

On the basis of Defendants' Motion for Extension of Administrative Record Deadline and Summary Judgment Briefing Schedule and any opposition thereto, it is hereby ORDERED that Defendants' motion is GRANTED, and the deadline for Defendants to file the administrative record is extended through and including June 27, 2008; and

it is further ORDERED that the summary judgment briefing schedule is modified as follows:

| | |
|---|---|
| July 25, 2008 | Defendants' Motion for Summary Judgment due. |
| August 22, 2008 | Plaintiffs' Response due. |
| September 5, 2008 | Defendants' Reply, if any, due. |

SO ORDERED this _____ day of _____, 2008.

_____
Honorable Rosemary M. Collyer
United States District Judge