**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, <u>et al.</u>, )<br><br>Defendants. ) | Civil No. 07-CV-711 (RMC) |

**NOTICE OF FILING**

Attached to this Notice of Filing is the Administrative Record related to Count IV of plaintiffs' Third Amended Complaint for Declaratory and Injunctive Relief, February 21, 2008, Doc. No. 20.   Logistical issues prevented us from including a certification of the Administrative Record along with this filing, but we will file the certification as soon as possible.


Dated: July 16, 2008                    Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

JENNIFER R. RIVERA
Branch Director

SUSAN RUDY
Assistant Branch Director


*/s/ Christopher R. Hall*
CHRISTOPHER R. HALL
JUSTIN SANDBERG
Trial Attorneys

U.S. Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C.  20530
(202) 514-4778

<u>Counsel for Defendants</u>

**ADMINISTRATIVE RECORD INDEX**

1.  OPM, Federal Employment Information Fact Sheets EI-28, Administrative law Judges Examination Closed (May 2007).  (Bates Nos. 1-3).

2.  Vacancy Announcement, Administrative Law Judge, No. 2007ALJ-134575 (May 4, 2007). (Bates Nos. 4-29).

3.  Email from Juanita Love, Program Manager, Administrative Law Judge Program, OPM, to Chief ALJs and Designees, ALJ Associations, and National Bar Associations, regarding the Administrative Law Judge Examination, attaching OPM's May 1, 2007, Memorandum for Chief Human Capital Officers (May 2, 2008).  (Bates Nos. 30-31).

4.  Memorandum from Linda M. Springer, Director, OPM, to Chief Human Capital Officers regarding the Administrative Law Judge Examination (May 1, 2007), available online, http://www.chcoc.gov/trans_list.cfm.  (Bates Nos. 32-33).

5.  Statement of Linda M. Springer, Director, OPM, before the Subcommittee on Social Security Committee on Ways and Means, U.S. House of Representatives (May 1, 2007). (Bates Nos. 34-37).

6.  Letter from F. Alan Nelson, Acting Eastern Group Manager, OPM to Administrative Law Judge Applicant (Apr. 23, 2007).  (Bates Nos. 38-39).

7.  OPM, Qualification Standard for Administrative Law Judge Positions (Apr. 20, 2008), available online, http://www.opm.gov/qualifications/alj/alj.asp.  (Bates Nos. 40-42).

8.  Email from Juanita Love, Program Manager, OPM, to Chief ALJs and Designees, regarding the Administrative Law Judge Program, attaching Letter from F. Alan Nelson, Acting Eastern Group Manager (April 10, 2007).  (Bates Nos. 43-46).

9.  Email from Juanita Love, Program Manager, OPM, to Chief ALJs and Designees, ALJ Associations, and National Bar Associations, regarding the Administrative Law Judge Program, regarding final regulations and qualification standard (April 3, 2007).  (Bates Nos. 47-48).

10. Memorandum from Linda M. Springer, Director, OPM, to Chief Human Capital Officers regarding the Issuance of Final Regulations and Qualification Standard for Administrative Law Judge Program (April 2, 2007), available online, http://www.chcoc.gov/trans_list.cfm.  (Bates Nos. 49-50).

11. Letter from Linda M. Springer, Director, OPM, to the Honorable Sam Johnson, Ranking Member, House Subcommittee on Social Security, Committee on Ways and Means, U.S. House of Representatives (Mar. 22, 2007). (Bates Nos. 51-54).

12.    Memorandum from Linda M. Springer, Director, OPM, to Chief Human Capital Officers regarding the Issuance of Proposed Regulations and Qualification Standard for Administrative Law Judge Program (Dec. 12, 2005), available online, http://www.chcoc.gov/trans_list.cfm (Bates Nos. 55-56).

13.    OPM, ALJ Qualification Standard (Proposed) - 60 day Comment Period, (previously posted online, http://www.opm.gov/qualifications/DRAFTS/ proposedALJqualifications.asp) (Dec. 12, 2005).  (Bates Nos. 57-60).

**TAB 1**

AALJ000001

# USAJOBS®
## "WORKING FOR AMERICA"

**Federal Employment Information Fact Sheets**          **EI-28**

## Administrative Law Judges

**Examination Closed**: Vacancy Announcement Number 2007ALJ – 134575 for the Administrative Law (ALJ) examination, issued on May 4, 2007, is closed to the receipt of applications.

The announcement will remain closed, except as required by 5 CFR 332.311, while the Office of Personnel Management (OPM) processes the applications. Applicants who successfully complete the ALJ examination under Vacancy Announcement Number 2007ALJ – 134575 will have their names placed on a new ALJ register. Once this new register is established, the previous register used to fill ALJ positions (from Announcement Number 318, as amended) will be terminated.

The new ALJ register will be used as the source of names to make referrals to agencies for employment consideration when they have entry level ALJ vacancies to fill. Names are referred in numerical score order, based on the duty location of the position(s) to be filled and the geographical preference of applicants. It is the responsibility of the agencies to make selections from the list of candidates referred for employment consideration from among the highest three available names, taking into consideration veterans' preference rules regarding order of selection.

It is OPM's responsibility to ensure that the register maintains the names of a sufficient number of high-quality ALJ candidates to meet the projected hiring needs of agencies. Consequently, OPM will periodically re-open the ALJ examination. Future open periods for the ALJ examination will be posted by a vacancy announcement on OPM's website at: http://www.usajobs.gov

**Major Duties:** ALJs conduct formal hearings involving cases where all interested parties are given advance notice of the hearing; an opportunity to submit facts, arguments, offers of settlement or proposals of adjustment; and, an opportunity to be accompanied, represented, and advised by counsel or other qualified representatives. ALJs rule on preliminary motions, conduct pre-hearing conferences, issue subpoenas, control hearings (which may include written and/or oral testimony and cross-examination), review briefs, and prepare and issue initial or recommended decisions, along with written findings of fact and conclusions of law therein. Oral or documentary evidence may be received, but irrelevant, immaterial, or unduly repetitious evidence is excluded. Decisions are issued upon consideration of the whole record, or those parts of it cited by a party and supported by and in accord with reliable, probative, and substantial evidence.



United States Office of Personnel Management



# USAJOBS®
## "WORKING FOR AMERICA"

**Federal Employment Information Fact Sheets**          EI-28

**Qualification requirement:** The Qualification Standard for an ALJ position is provided on OPM's website at: http://www.opm.gov/qualifications/alj/alj.asp

In addition to meeting the experience and licensure requirements spelled out in the Qualification Standard, the ALJ examination also requires the successful completion of an Accomplishment Record, a Written Demonstration, and a Structured Interview.

**Ten-Point Veterans:** Applicants who are entitled to apply for a closed examination pursuant to 5 CFR 332.311, and are interested in applying for the ALJ examination need to provide the required proof of veterans' preference entitlement by email to OPM at: aljapplication@opm.gov

For more information on **Filing Applications After Announcements Close**, please visit: http://www.opm.gov/veterans/html/vetsinfo.asp. For general veterans' preference information, please visit: http://www.opm.gov/veterans/html/vetguide.asp.



United States Office of Personnel Management



**TAB 2**

AALJ000004

USAJOBS



**UNITED STATES OFFICE OF PERSONNEL MANAGEMENT**
*Working for America*

**Agency: Office Of Personnel Management**

**Job Announcement Number:**
**2007ALJ-134575**

 

( DETAILED VERSION )    ( [X] CLOSE )    ( 🖶 PRINT )

Overview

## Administrative Law Judge

**Salary Range:** 109,373.00 - 154,600.00 USD per year

**Series & Grade:** AL-0935-03

**Open Period:** Friday, May 04, 2007 to Friday, May 18, 2007

**Position Information:** Full Time Career/ Career Conditional

**Duty Locations:** Many vacancies - Throughout The Nation, US

### Who May Be Considered:
U.S. Citizens

### Job Summary:
The Administrative Law Judge (ALJ) function was created by the Administrative Procedure Act (APA) in 1946 to ensure fairness in administrative proceedings before Federal Government agencies.   The APA also provided for a merit selection system and statutory protection of ALJs' independence and impartiality.

**BACKGROUND:**  ALJs act as independent, impartial adjudicators of fact in formal hearings similar to that of a trial judge conducting civil trials without a jury.  In general, ALJs prepare for and preside at formal hearings required by statute to be held under or in substantial accord with provisions of the APA, codified in relevant part, in sections 553-559 of title 5, United States Code (U.S.C.).

The Federal Government employs ALJs in a number of agencies throughout the  United States and Puerto Rico. Cases may involve Federal laws and regulations in such areas as admiralty, advertising, antitrust, banking, communications, energy, environmental protection, food and drugs, health and safety, housing, immigration, interstate commerce, international trade, labor management relations, securities and commodities markets, transportation, social security disability and other benefits claims.

Individuals who wish to apply for a position as an ALJ with the Federal Government should read this vacancy announcement in its entirety before preparing an application.  Applicants must meet all the minimum qualification requirements for an ALJ position as described in this announcement.

<u>**SPECIAL NOTE REGARDING OPEN PERIOD:**</u>  This announcement is open for a period of two

weeks, from May 4, 2007 to May 18, 2007, **or** until the day on which 1,250 completed applications have been submitted, whichever comes first.

An application is considered complete when the Assessment Questionnaire and résumé (described in the "How to Apply" section) are submitted, including veterans' preference documents (if applicable).

If 1,250 applications are reached before the end of the two week open period, this announcement will close at 11:59:59 PM EDT on the day that 1,250 applications have been submitted.

## Key Requirements:
- You must be a U.S. Citizen to apply for this job.
- Subject to a background suitability investigation/determination.
- All supporting documents must be submitted (see "How to Apply" section).

### Duties

## Major Duties:
Administrative Law Judges (ALJs) conduct formal hearings involving cases where all interested parties are given advance notice of the hearing; an opportunity to submit facts, arguments, offers of settlement or proposals of adjustment, and an opportunity to be accompanied, represented, and advised by counsel or other qualified representatives.   ALJs rule on preliminary motions, conduct pre-hearing conferences, issue subpoenas, control hearings (which may include written and/or oral testimony and cross-examination), review briefs, and prepare and issue initial or recommended decisions, along with written findings of fact and conclusions of law therein. Oral or documentary evidence may be received, but irrelevant, immaterial, or unduly repetitious evidence is excluded. Decisions are issued upon consideration of the whole record, or those parts of it cited by a party and supported by and in accord with reliable, probative, and substantial evidence.

### Qualifications and Evaluation

## Qualifications:
To qualify for an ALJ position, an applicant must meet all three of the following requirements:
1.   Possess a full seven (7) years of experience as a licensed attorney preparing for, participating in, and/or reviewing formal hearings or trials involving litigation and/or administrative law at the Federal, State or local level;
2.   Possess a professional license and be authorized to practice law under the laws of a State, the District of Columbia, the Commonwealth of Puerto Rico, or any territorial court established under the United States Constitution; and
3.   Pass the Office of Personnel Management (OPM) competitive examination which evaluates the competencies/knowledge, skills, and abilities essential to performing the work of an ALJ.

Specific details for each of the three requirements are as follows:

### 1. EXPERIENCE:

**QUALIFYING EXPERIENCE:** Applicants must have a full seven (7) years of experience as a licensed attorney preparing for, participating in, and/or reviewing formal hearings or trials involving litigation and/or administrative law at the Federal, State or local level.  To be considered as qualifying experience, the types of cases handled under this requirement must have been conducted on the

record under procedures at least as formal as those prescribed by sections 553 through 559 of title 5, U.S.C.

**Litigation Experience:** Qualifying litigation experience involves cases in which a complaint was filed with a court, or a charging document (e.g., indictment or information) was issued by a court, a grand jury, or appropriate military authority and includes:

- preparing for trial and/or trial of cases;
- preparing opinions;
- hearing cases;
- participating in or conducting arbitration, mediation, or other alternative dispute resolution approved by the court; or
- participating in appeals related to the types of cases above.

**Administrative Law Experience:** Qualifying administrative law experience involves cases in which a formal procedure was initiated by a governmental administrative body and includes:

- participating in settlement negotiations in advance of hearing cases;
- preparing for hearing and/or trial of cases;
- preparing opinions;
- hearing cases;
- participating in or conducting arbitration, mediation, or other alternative dispute resolution approved by the administrative body; or
- participating in appeals related to the types of cases above.

**NON-QUALIFYING EXPERIENCE:** Experience involving cases with no formal hearing procedure and uncontested cases involving misdemeanors, probate, domestic relations, or tort matters is **not** qualifying.  Listed below are some examples of types of positions which are **not** qualifying:

- Claims Reviewer
- Clerk of Court
- Conferee
- Contracting Officer
- Insurance Adjuster
- Moderator
- Officer of any court not of record
- Rating Specialist
- State Unemployment Insurance Supervisor
- Law clerks and law professors

**CREDITING MILITARY EXPERIENCE:** For applicants entitled to veterans' preference, time spent in the Armed Forces of the United States shall be considered as qualifying experience in either of the two following ways, depending upon which will be of more benefit to applicants:

1.
   Such service may be considered on the basis of actual duties performed by applicants in the military service, or
2.
   Such service may be considered as an extension of the employment in which applicants were engaged immediately before entrance into the military service. When military service is credited in this way, applicants are considered to have continued performing the duties of the positions they left.

For additional information, OPM has published on its website guidance on how to credit military experience at: http://www.opm.gov/veterans.

**2.   LICENSURE:** An applicant must be licensed and authorized to practice law as an attorney under the laws of a State, the District of Columbia, the Commonwealth of Puerto Rico, or any territorial court established under the United States Constitution.  Judicial status is acceptable in lieu of "active" status in States that prohibit sitting judges from maintaining "active" status to practice law.  Being in "good standing" is acceptable in lieu of "active" status in States where the licensing authority considers "good standing" as having a current license to practice law.

An applicant must possess a license to practice law, as described above, at the time of application; throughout the selection process including any period on the ALJ competitive register; and throughout the duration of his/her Federal employment as an ALJ, as a condition of employment.

**3.   COMPETITIVE EXAMINATION:** Applicants who meet the experience and licensure qualifications are also required to pass the remaining parts of the ALJ examination, the purpose of which is to evaluate the competencies/knowledge, skills, and abilities (KSAs) essential to performing the work of an ALJ.  The remaining parts of the examination for ALJ positions are the following:

**Part A.  Accomplishment Record (AR):**   Applicants will be asked to prepare and submit online narrative responses to six competencies identified as required for successful performance as an ALJ in the Federal Government.

**Part B.  Written Demonstration (WD):** The purpose of the WD is to evaluate an applicant's ability to prepare a clear, concise, and well-reasoned legal decision of the type that one might be expected to write if employed as an ALJ.  The WD is an assessment exercise that is conducted in a proctored environment.  It will last approximately five (5) hours, and will be administered in the Washington, D. C. area.   Applicants will take the examination using a personal computer provided by OPM.

**Part C.  Structured Interview (SI):** The objective of the SI is to evaluate an applicant's responses regarding situations related to being an ALJ.  A panel of experts will conduct the interview and evaluate the responses provided by the applicant.   The interview will last approximately one hour and will be administered in the Washington, D.C. area.

# How You Will Be Evaluated:
## Basis for Rating:

**Assessment Questionnaire and Résumé:** OPM will review the completed online Assessment Questionnaire and résumé you submit to determine if you meet the experience and licensure requirements as described in this announcement.  If OPM determines you **do not** meet one or both of these requirements, a Notice of Results (NOR) will be issued to you indicating a rating of "ineligible" and no further action will be taken on your application.

**Accomplishment Record (AR):** If you meet the experience and licensure requirements, OPM will evaluate the AR portion of your Assessment Questionnaire.

- If your AR score is among the highest group of AR scores from all eligible applicants, you will be invited to participate in the WD (Part B of the ALJ Examination).   You will be notified regarding when and where to report for the WD.

- If your AR score is not among the highest group of AR scores from all eligible applicants, you

will be issued a NOR indicating that you will no longer be considered for this current ALJ vacancy announcement.   You will not be allowed to participate in the WD and SI (Parts B and C of the ALJ Examination).

**NOTE:** In determining the highest group of AR scores, veterans' preference will be considered for applicants who are entitled to veterans' preference and have submitted the required documentation.

**Written Demonstration:** If you are invited to participate in the WD, this part of the examination will be administered in a proctored environment.  Your completed WD will be assessed by OPM.  Once the WD assessment has been completed, you will be asked to participate in the SI (part C of the examination).

**Structured Interview:** You will be required to report for the SI part of the examination to be interviewed by a panel of experts.  Once this assessment process has been completed, you will be issued a final rating.

**Final Rating:** A numerical rating on a scale of **0 – 100** will be assigned to you once all parts of the examination have been completed.  This rating will be based on the scores assigned for the AR, WD, and SI parts of the examination with a maximum possible total score of **100**, excluding veterans' preference.  If you do not claim veterans' preference, this numerical rating will be your final numerical rating.   If you claim veterans' preference and have submitted the required documentation, five (5) or ten (10) points, as appropriate, will be added to your total earned rating to determine your final numerical rating.

**Appeals Process:** An ALJ Appeals Panel (Panel) will be convened to adjudicate applicant appeals.  The Panel will accept and adjudicate an appeal from the following three categories of applicants who believe their ratings were assigned in error:

    1.   An applicant who received a NOR indicating "ineligible" at any stage of the ALJ assessment process.

    2.   An applicant who received a NOR indicating that they did not score among the highest group of AR scores from all eligible applicants and therefore did not receive further consideration for this current ALJ vacancy announcement.

    3.   An applicant who received a NOR indicating "eligible" with a final numerical rating for appeal of the entire examination.

The Panel has the authority to **affirm**, **raise, or lower** the rating, or **remand** for further development. Further details regarding the appeal process will be provided with the NOR.

**NOTE:** If you receive a final numerical rating and your name is placed on the register, and if you appeal your numerical rating, your name will remain on the register using your score of record until such time as the appeal is completed.

**Retaking the ALJ Examination:** You may retake the ALJ examination when the examination is open to the receipt of new applications if:

- You received an "eligible" NOR with a final numerical rating and **after one year has passed from the date of the final NOR; or**
- You received an "ineligible" rating or did not score among the highest group of AR scores from

all applicants.

In either of the above situations, you will be required to complete all three parts of the examination before you can receive a final numerical rating.

**NOTE:** If you reapply for the examination while you have an appeal pending, the reapplication will automatically terminate the appeal.

**Receiving Employment Consideration:**

If you receive an "eligible" rating, your name will be placed on the new ALJ register.   This register will be an automated listing of all the eligible candidates, created as a result of the competition from this open vacancy announcement.  Once this new register is established, the previous register used to fill ALJ positions (from Announcement Number 318, as amended) will be terminated.

The ALJ register will be used as the source of names to make referrals to agencies for employment consideration when they have entry level ALJ vacancies to fill.  Names are referred in numerical score order, based on the duty location of the position(s) to be filled and the geographical preference of applicants.  It is the responsibility of the hiring agency to make selections from the list of candidates referred for employment consideration from among the highest three available names, taking into consideration veterans' preference rules regarding order of selection.

**NOTE:** If you decline two (2) job offers, your name will be suspended from the ALJ register for a period of one (1) year or until the register is terminated, whichever occurs first.  Further, as noted in the **Geographic Availability** section, if you decline consideration for a geographical location for which you previously indicated availability, you will no longer be considered for that location and will not be allowed to reinstate that location until the next open period.

If you become unavailable for consideration for a period of time, you should request to have your name suspended from the register.   Such requests for suspension, as well as requests to have your name returned to the register, must be submitted to OPM in writing.   Requests to end the suspension and have your name returned to the register will be accepted as long as the register on which you were placed has not been terminated.

It is important to let OPM know about your availability and current contact information while you are on the register.  If your name is referred for consideration from the register, and if you fail to respond to a written inquiry from the employing agency, you will be considered unavailable for appointment, and your name will be suspended from the ALJ register until you request to have your name restored to the register as described in the preceding paragraph.

Benefits and Other Information

## Benefits:

The Federal government offers a number of exceptional benefits to its employees. The following Web addresses are provided for your reference to explore the major benefits offered to most Federal employees.

**Flexible Spending Accounts –** The Federal Flexible Spending Accounts Program (FSAFeds) allows you to pay for certain health and dependent care expenses with pre-tax dollars.  For additional information visit: https://www.fsafeds.com/fsafeds/index.asp

**Health Insurance –** The Federal Employees Health Benefits Program offers over 100 optional plans.  For additional information visit: http://www.opm.gov/insure/health/index.asp

**Leave –** Most Federal employees earn both annual and sick leave.  For additional information visit: http://www.opm.gov/oca/leave/index.asp

**Life Insurance –** The Federal Employees' Group Life Insurance Program (FEGLI) offers Basic Life Insurance plus three types of optional insurance.   For additional information visit: http://www.opm. gov/insure/life/index.asp

**Long Term Care Insurance -** The Federal Long Term Care Insurance Program (FLTCIP) provides long term care insurance for Federal employees and their parents, parents-in-law, stepparents, spouses, and adult children.  For additional information visit: http://www.ltcfeds.com/

**Retirement Program -** Almost all new employees are automatically covered by the Federal Employees Retirement System (FERS).  FERS is a three-tiered retirement plan. The three tiers are: Social Security Benefits, Basic Benefit Plan, and Thrift Savings Plan. For additional information visit: http://www.opm.gov/retire/index.asp

This link provides an overview of the benefits currently offered to Federal employees. http://www.usajobs.opm.gov/ei61.asp

How to Apply

## How To Apply:

To apply for the position of ALJ, you **must** submit a complete application package through the online application processing system (USA Staffing™), which includes the following:

1. Your responses to the Assessment Questionnaire [which includes the Accomplishment Record (AR) part of the ALJ examination], and
2. Your résumé as specified in the Required Documents section of this vacancy announcement, as well as any veterans' preference documents (if applicable).

**Reasonable Accommodation:** OPM provides reasonable accommodation to applicants with disabilities where appropriate.  If you are unable to complete the online application process because of a disability, you may contact OPM for assistance at:  aljapplication@opm.gov

**NOTE:** Only one (1) Assessment Questionnaire will be accepted per applicant per vacancy

announcement.  If you attempt to submit more than one Assessment Questionnaire, the USA Staffing™ system will not process the submission.

**The Application Manager online system is used to process your ALJ application.**  You can track your progress to a *Complete* Application Package using the My Application Package checklist and status displays in Application Manager.

**NOTE:** As previously indicated, your **complete application package** must be submitted by the closing date of this announcement, or the day on which the 1,250th completed application has been submitted, whichever occurs first.  Therefore, once you begin the application process, you should attempt to complete your application package on that day. Because of the application limit that has been established, if you carry the process over to another day, you run the risk of the announcement closing before completion of your application (the responses to the Assessment Questionnaire and your résumé).

Failure to submit a complete application package will cause your application to be rated "ineligible" and you will not be able to participate in the remaining parts of the ALJ examination.  While the Assessment Questionnaire itself is not time intensive, the AR contained in the questionnaire takes time to complete.  We estimate that the typical applicant would need approximately six (6) hours to complete the total application process.  Please plan accordingly.

**Application Manager Online System:**

**To begin** the application process, choose one of these options:

- *from the USAJOBS Resume Builder*, you begin the process by clicking the **Apply Online** button near the bottom of this page.  Your résumé will be attached only to the Application Package you complete/submit immediately *after* you click the Apply Online button for this vacancy announcement, not to any Application Packages you may already have created in the past.

- Complete the Assessment Questionnaire and upload a Résumé you have already created – If your résumé is going to be one you prepared **outside** of USAJOBS Résumé Builder, click this link to begin the process: Online Questionnaire.

**To return to Application Manager** at any time simply log in at https://applicationmanager.org/.

**NOTE:** Applicants are responsible for completing and submitting the application, the AR, and any supporting documents by 11:59:59 PM Eastern Standard Time on the closing date, as explained in the Announcement Overview section.  Incomplete applications will be rated as "ineligible" and those applicants will not be allowed to participate in the remainder of the ALJ examination process.

**QUESTIONNAIRE:**

**Social Security Number**

Enter your Social Security Number.  Providing your Social Security Number is voluntary, however, we cannot process your application without it.

**Vacancy Identification Number**

AALJ000012

134575

**Title of Job**

Administrative Law Judge

**Biographic Data**

**Email Address**

**Work Information**

**Citizenship**

Are you a citizen of the United States?

Y – Yes
N – No

**Special Accommodation**

OPM provides reasonable accommodation for the WD and SI portions of the examination to applicants with disabilities, where appropriate, for the purpose of providing equal access to the examination process.  Accommodations may include such modifications as changes in the presentation format, response format, assessment setting, timing, or scheduling.  Determinations on requests for reasonable accommodation will be made on a case-by-case basis.  If you need a reasonable accommodation, please respond "yes" to the following question.   You will be contacted to obtain additional information and to make special testing arrangements, if appropriate.

Do you have a physical or other type of impairment that will require special arrangements?

Y – Yes
N – No

**Languages**

Are you fluent in reading, writing, speaking, and understanding the Spanish language?

A.   Yes
B.   No

**Veteran Preference Claim**

When applying for Federal jobs, applicants entitled to veterans' preference should claim preference on their application or resume.  Applicants claiming 10-point preference must complete Form SF-15, *Application for 10-Point Veteran Preference*, available at http://www.opm.gov/forms/.   Veterans who are still in the service may be granted 5 points tentative preference on the basis of information contained in their applications, but they must produce a DD Form 214, or equivalent documentation of service and separation under honorable conditions specified in the SF-15 instructions, prior to appointment, to document entitlement to preference.

If for any reason an ALJ applicant is unable to submit the appropriate documentation during the open period, 10-point veterans' preference documents may be faxed after the closing date to the ALJ

AALJ000013

Examining Office at (202) 606-0584.

**Please select the appropriate veterans' preference claim.**

| A. NV | No Preference Claimed |
|---|---|
| B. 5 PT | 5 Points Preference Claimed |
| C. XPP | 10 Points Preference Claimed (award of a Purple Heart or compensable service-connected disability of less than 10%) |
| D. CP | 10 Points Compensable Disability Preference Claimed (disability rating of at least 10% and less than 30%) |
| E. XP | 10 Points Other (wife, widow, husband, widower, mother preference claimed) |
| F. CPS | 10 Points Compensable Disability Preference Claimed (disability rating of 30% or more) |

**For more information on Veterans' Preference, please visit http://http://www.opm.gov// employ.veterans/**

**Geographic Availability**

Please carefully select the geographical locations where you would be willing to accept an appointment as an ALJ by an agency of the Federal Government.   Once this vacancy announcement closes, you will not be able to change your selected geographical location(s) until the next ALJ vacancy announcement open period.   **If you decline consideration for a geographical location for which you previously indicated availability, you will be removed from further consideration for that location.**   You will not be able to reinstate a location from which you have been removed until the next ALJ vacancy announcement open period.   Further, as noted in the **Receiving Employment Consideration** section, if you decline two (2) job offers, your name will be suspended from the register for one (1) year or until the register is terminated, whichever occurs first.

| CITY | STATE |
|---|---|
| BIRMINGHAM | AL |
| FLORENCE | AL |
| MOBILE | AL |
| MONTGOMERY | AL |
| FORT SMITH | AR |
| LITTLE ROCK | AR |
| PHOENIX | AZ |
| TUCSON | AZ |
| ALAMEDA | CA |
| DOWNEY | CA |
| FRESNO | CA |
| IRVINE | CA |
| LONG BEACH | CA |
| LOS ANGELES (DOWNTOWN) | CA |

AALJ000014

USAJOBS

| | |
|---|---|
| LOS ANGELES (WEST) | CA |
| OAKLAND | CA |
| ORANGE | CA |
| PASADENA | CA |
| SACRAMENTO | CA |
| SAN BERNARDINO | CA |
| SAN DIEGO | CA |
| SAN FRANCISCO | CA |
| SAN JOSE | CA |
| SAN RAFAEL | CA |
| SANTA BARBARA | CA |
| STOCKTON | CA |
| COLORADO SPRINGS | CO |
| DENVER | CO |
| HARTFORD | CT |
| NEW HAVEN | CT |
| WASHINGTON | DC |
| DOVER | DE |
| FORT LAUDERDALE | FL |
| JACKSONVILLE | FL |
| MIAMI | FL |
| ORLANDO | FL |
| TAMPA | FL |
| ATLANTA | GA |
| ATLANTA NORTH | GA |
| MACON | GA |
| SAVANNAH | GA |
| HONOLULU | HI |
| WEST DES MOINES | IA |
| CHICAGO | IL |
| EVANSTON | IL |
| OAKBROOK TERRACE | IL |
| ORLAND PARK | IL |
| PEORIA | IL |
| EVANSVILLE | IN |
| FORT WAYNE | IN |

AALJ000015

| | |
|---|---|
| INDIANAPOLIS | IN |
| WICHITA | KS |
| LEXINGTON | KY |
| LOUISVILLE | KY |
| MIDDLESBORO | KY |
| PADUCAH | KY |
| ALEXANDRIA | LA |
| COVINGTON | LA |
| METARIE | LA |
| NEW ORLEANS | LA |
| SHREVEPORT | LA |
| BOSTON | MA |
| SPRINGFIELD | MA |
| BALTIMORE | MD |
| ROCKVILLE | MD |
| PORTLAND | ME |
| DETROIT | MI |
| FLINT | MI |
| GRAND RAPIDS | MI |
| LANSING | MI |
| OAK PARK | MI |
| FORT SNELLING | MN |
| MINNEAPOLIS | MN |
| CREVE COEUR | MO |
| KANSAS CITY | MO |
| SPRINGFIELD | MO |
| ST. LOUIS | MO |
| HATTIESBURG | MS |
| JACKSON | MS |
| TUPELO | MS |
| BILLINGS | MT |
| CHARLOTTE | NC |
| GREENSBORO | NC |
| RALEIGH | NC |
| FARGO | ND |
| OMAHA | NE |

AALJ000016

USAJOBS

| | |
|---|---|
| MANCHESTER | NH |
| CHERRY HILL | NJ |
| NEWARK | NJ |
| VOORHEES | NJ |
| ALBUQUERQUE | NM |
| LAS VEGAS | NV |
| ALBANY | NY |
| BRONX | NY |
| BROOKLYN | NY |
| BUFFALO | NY |
| JERICHO | NY |
| MANHATTAN | NY |
| QUEENS | NY |
| SYRACUSE | NY |
| WHITE PLAINS | NY |
| CINCINNATI | OH |
| CLEVELAND | OH |
| COLUMBUS | OH |
| DAYTON | OH |
| McALESTER | OK |
| OKLAHOMA CITY | OK |
| TULSA | OK |
| EUGENE | OR |
| PORTLAND | OR |
| ELKINS PARK | PA |
| HARRISBURG | PA |
| JOHNSTOWN | PA |
| PHILADELPHIA | PA |
| PHILADELPHIA EAST | PA |
| PITTSBURGH | PA |
| WILKES-BARRE | PA |
| MAYAGUEZ | PR |
| PONCE | PR |
| SAN JUAN | PR |
| PROVIDENCE | RI |
| CHARLESTON | SC |

AALJ000017

| COLUMBIA | SC |
| GREENVILLE | SC |
| RAPID CITY | SD |
| SIOUX FALLS | SD |
| CHATTANOOGA | TN |
| KINGSPORT | TN |
| KNOXVILLE | TN |
| MEMPHIS | TN |
| NASHVILLE | TN |
| ARLINGTON | TX |
| DALLAS (DOWNTOWN) | TX |
| DALLAS (NORTH) | TX |
| FORT WORTH | TX |
| HOUSTON | TX |
| HOUSTON (BELLAIRE) | TX |
| HOUSTON (DOWNTOWN) | TX |
| SAN ANTONIO | TX |
| SALT LAKE CITY | UT |
| ARLINGTON | VA |
| CHARLOTTESVILLE | VA |
| FALLS CHURCH | VA |
| NEWPORT NEWS | VA |
| NORFOLK | VA |
| RICHMOND | VA |
| ROANOKE | VA |
| SEATTLE | WA |
| SPOKANE | WA |
| MADISON | WI |
| MILWAUKEE | WI |
| CHARLESTON | WV |
| HUNTINGTON | WV |
| MORGANTOWN | WV |

**Assessment Questions:**

1. **Do you have a full seven (7) years of experience as a licensed attorney preparing for, participating in, and/or reviewing formal hearings or trials involving litigation and/or**

**administrative law at the Federal, State or local level?**

A.   Yes
B.   No

If your answer is "Yes," in the following two text boxes, you must fully describe your experience in litigation and/or administrative law work to document that you meet this experience requirement.

Your background will be evaluated to determine if you meet the minimum qualifications required, and the extent to which your responses to this questionnaire show that you possess the knowledge, skills and abilities associated with the ALJ position.  When you are describing your experience, it is extremely important that you provide sufficient detail to show that you have completed, in the aggregate, a full seven years of qualifying experience.   Therefore, you will need to quantify the time associated with any claimed experience in terms of the specific dates it was acquired, including the month and year for the start and end dates (i.e., May 2006-December 2006).  Also, if you provide an example of qualifying experience that overlaps with other non-qualifying experience, you must provide the percentage of time spent on each type of work.

**NOTE:**  If you do not provide sufficient information to show that you meet the minimum qualification requirements, you will be rated as "ineligible."  Furthermore, we will not request or accept any additional information and/or clarification beyond what you provide in the following text boxes.

**In the text box below, describe your experience, if applicable, that relates to the "litigation experience" requirements as defined in the "Qualifications Requirements" section.  Please pay special attention to the above instructions concerning specificity and detail.**

[Narrative Text Box]

**In the text box below, describe your experience, if applicable, that relates to the "administrative law experience" requirements as defined in the "Qualifications Requirements" section.  Please pay special attention to the above instructions concerning specificity and detail.**

[Narrative Text Box]

**2.   All ALJ applicants are required to certify that they are duly licensed to practice law as an attorney at the time of filing, and were so licensed for at least a full seven (7) years prior to this application, under the laws of a State, the District of Columbia, the Commonwealth of Puerto Rico, or any territorial court established under the United States Constitution. Judicial status is acceptable in lieu of "active" status in States that prohibit sitting Judges from maintaining "active" status to practice law.  Being in "good standing" is acceptable in lieu of "active" status in States where the licensing authority considers "good standing" as having a current license to practice law.**

A.   Yes – I hereby certify that I am duly licensed to practice law at the time of the filing of this application for employment as an ALJ, and that I have been so licensed for at least a full seven (7) years prior to this application, under the laws of a State, the District of Columbia, the Commonwealth of Puerto Rico, or any territorial court established under the United States Constitution.

B.   No – I do not certify that I am duly licensed to practice law at the time of the filing of this application for employment as an ALJ, or I have not been licensed for at least a full seven (7) years prior to this application, under the laws of a State, the District of Columbia, the Commonwealth of

AALJ000019

Puerto Rico, or any territorial court established under the United States Constitution.

If you answered "Yes" (item 2.A) above, list all jurisdictions in which you are currently licensed to practice law, the date(s) of admission to the Bar in each jurisdiction, and the Bar license number in each jurisdiction.   If you answered "No" (Item 2.B) above, you will receive an "ineligible" rating.

[Narrative Text Box]

## ACCOMPLISHMENT RECORD INSTRUCTIONS

Your task will be to provide written statements of your accomplishments that reflect your capability in each of the six competencies required for success as an ALJ.

The text below provides specific instructions on how you should write your accomplishments.  You will also find two example accomplishments.  Immediately following the examples are six sections covering each competency which include a competency definition and multiple text boxes for your use when writing your accomplishments.  You should consider and respond to the competencies one at a time. After you have responded to all of the competencies, you will be asked to certify the accuracy of the information being submitted.

### 1.  Review The Competency For Which You Will Be Writing The Accomplishment

Carefully read each question and competency definition to be sure that you understand what is important.  Reflect carefully on the competency and think about how your past experiences and education relate to that competency.

### 2.  Decide What Accomplishment You Will Provide For That Competency

The one accomplishment that you choose should be your major accomplishment in the competency and should best describe your capability with regard to that competency.  You may describe paid or volunteer work experience, educational accomplishments, training or educational pursuits, hobbies, sports or any other accomplishments that reflect your level of competence.  The accomplishment may be specific, such as a challenging assignment, a specific instance of high performance, or a project that you successfully completed.   Alternatively, the accomplishment may be a broader example of sustained high performance in your daily work.

Avoid the error of choosing highly meritorious accomplishments that do not clearly reflect the intended competency.  Accomplishments that are not closely representative of the appropriate competency tend to receive less credit than accomplishments that better represent the competency of interest.

**You are required to respond to all competencies.**  Failure to do so will result in an incomplete Accomplishment Record and you will be rated as "ineligible."

### 3.  Provide The Accomplishment And Other Associated Information

Carefully and completely describe the accomplishment you have selected.  Your responses for each competency should clearly reflect your individual level of accomplishment related to that competency.  Provide the facts of your accomplishment(s) as clearly as possible so that another person can understand and evaluate what happened.  Your description needs to reflect the quality of your accomplishment(s) including (a) how it relates to the specific competency and (b) its scope and

impact.  Your writing should be clear so that others can understand your accomplishment.  In your description, please emphasize the quality of each accomplishment and results you have achieved, rather than just the jobs you have held or tasks you have completed.

For each accomplishment, you **MUST** include the following information:

- A general statement of the situation or circumstances surrounding what you accomplished/ achieved.  This statement cannot exceed 640 characters including spaces (approximately 80 words).   Any additional material beyond 640 characters will not be evaluated;
- A precise description of exactly what you did (the activities you performed, duties and responsibilities) and a description of the outcomes (the direct or indirect results or long-term impact of your accomplishment).  If your accomplishment is in an educational or training setting, you should include the grade you received. The descriptions of your actions and the outcomes should be in your own words and together cannot exceed 2000 characters including spaces (approximately 250 words).  Any additional material beyond 2000 characters will not be evaluated;
- The start and end dates of the time period during which the activities were performed.  Please be specific and provide the month and year for the start and end dates (i.e., May 2006 to December 2006); and  The name, telephone number, email address, and mailing address of an individual who can verify the information you provide.  Be sure to indicate whether this person was your supervisor, co-worker, friend, instructor, chairman of a committee, etc.  If you do not want your current employer contacted, do not list your employer as a verifying person.  Instead, provide the name of another person who can verify your accomplishment.  Do *not* use a *spouse* or a *close relative* (father, mother, etc.) or a person who is presently a *direct subordinate* as a verifier.  The verifier must be reachable (for example, do not use a person who will not return phone calls or is otherwise unavailable) within a *reasonable period* (three weeks).

## 4.  Check The Quality Of Your Responses

Make sure that you have provided a complete response for each competency and that you have responded to every competency.   Your application will be considered incomplete if you have not provided complete information for ALL of the competencies.  Also, please note the following:

In your response to a competency, do not cross-reference another competency. Provide one accomplishment for each competency.  If you provide more than one accomplishment per competency, then only the first accomplishment listed will be evaluated.
- Your response may be *disqualified* if you do not furnish the requested information or if you provide no verification or provide inappropriate verification information.
- Complete the last item of the assessment questionnaire to certify that, to the best of your knowledge and belief, all of the information you provided in the AR and the application is true, correct, and made in good faith.

## 5. Submit Your Completed Accomplishment Record (And Application) Online

**Important Technical Note:** Application Manager has a **timeout** feature for security purposes that will log a user out of the system after a certain period of inactivity.   In order to preserve your work in Application Manager as you complete the AR, it is very important that you use the **SAVE** button approximately every 10 minutes.   The system also saves your work every time you use the **NEXT** button to move to another part of the AR.   If you do not save your work and the system times you out, you will lose any information entered since your last use of **SAVE/NEXT** and you will have to log back into Application Manager.

AALJ000021

## 6.  Two Example Accomplishments

Below you will find two example accomplishments.   The first example accomplishment is an example of a specific project that was successfully completed.  The second example is an example of sustained performance.   These two examples are for sample purposes only.   They are both related to the competency of reasoning, which is not one of the competencies you will be asked to respond to in this part of the assessment process.   Also, please note that both examples are brief and generic.  Your accomplishments may be longer and should include more detailed information.

### specific example demonstrating a project that was successfully completed

### Example #1

### Competency: Reasoning

### Definition: Identifies rules, principles, or relationships that explain facts, data, or other information; analyzes information and makes correct inferences or draws accurate conclusions.

To demonstrate your competence in the area of reasoning, please provide an example below.

Date(s):

[June 2000 to August 2000]

[The Commission wanted to influence industry behavior in an area in which the Commission believed it had no authority or jurisdiction.]

[In connection with the Commission's consideration of the proposed trade regulation rule, I developed three new legal theories that could be used to justify the Commission's jurisdiction in areas previously thought to be outside the Commission's purview as a result of a Supreme Court decision.  I located and analyzed every judicial opinion discussing the Commission's "in commerce" jurisdiction, as well as numerous opinions affecting other federal agencies, and demonstrated that sound legal arguments could be developed to support Commission action in areas usually thought to be outside the agency's jurisdiction.   The Chairman of the Commission sent me a note thanking me for my efforts.]

Information about the person who can verify your accomplishment [name, relationship of verifier, and verifier contact information (telephone number, email address, and mailing address)]:

[George AEnderson, Supervisor; (202) 123-4567; George.Anderson@email.com; 123 Main St., Anytown, VA 12345]

### example DEMONSTRATING SUSTAINED HIGH PERFORMANCE

B>Example #2

### Competency: Reasoning

### Definition: Identifies rules, principles, or relationships that explain facts, data, or other

**information; analyzes information and makes correct inferences or draws accurate conclusions.**

To demonstrate your competence in the area of reasoning, please provide an example below.

Date(s):

[April 2003 to February 2005]

General statement of the situation or circumstances surrounding what you accomplished/achieved:

[When I worked at XYZ Software Company as a business manager, at the end of each quarter, I analyzed the company's performance data.]

Description of exactly what you did (i.e., what actions did you take, what outcomes occurred):

[As a business manager, I was responsible for analyzing the company's performance data on an ongoing basis to evaluate performance and set goals.   Every quarter, I monitored resources, identified trends in the data, and evaluated data to determine return on investment.   To monitor resources, I reviewed expenses in relation to budget allocation and projected future staffing needs.   I analyzed trends in the performance data to explain current progress and set future goals.   To establish return on investment for each new product line, I conducted a complex cost-benefit analysis.   In addition, I tracked the company's financial indicators as well as other performance indicators to monitor our progress towards achieving the company's strategic and operational goals.   The results from my analyses each quarter were the basis for providing a comprehensive report to the senior managers.   The company is still using the system I created to analyze its performance data each quarter.]

Information about the person who can verify your accomplishment [name, relationship of verifier, and verifier contact information (telephone number, email address, and mailing address)]:

[Jim Smith, Vice President for Operations at XYZ Software Company (Supervisor); (202) 345-1234; Jim.Smith@email.com; 456 W. Main St., Anytown, MD 01234]

**EXAMINATION PART A. ACCOMPLISHMENT RECORD**

**Competency 1: Decision Making**

**Definition: Makes sound, well-informed, objective, and timely decisions; perceives the impact and implications of decisions; commits to action, even in uncertain situations, to accomplish goals.**

To demonstrate your competence in the area of decision making, please provide an example below.

Date(s):

[Narrative Text Box]

General statement of the situation or circumstances surrounding what you accomplished/achieved:

AALJ000023

[Narrative Text Box]

Description of exactly what you did (i.e., what actions did you take, what outcomes occurred):

[Narrative Text Box]

Information about the person who can verify your accomplishment [name, relationship of verifier, and verifier contact information (telephone number, email address, and mailing address)]:

[Narrative Text Box]

**Competency 2: Interpersonal Skills**

**Definition: Shows understanding, friendliness, courtesy, tact, empathy, concern, and politeness to others; develops and maintains effective relationships with others; deals effectively with individuals who are difficult, assertive, hostile, or distressed; relates well to people from varied backgrounds and different situations; is sensitive to cultural diversity, race, gender, disabilities, and other individual differences.**

To demonstrate your competence in the area of interpersonal skills, please provide an example below.

Date(s):

[Narrative Text Box]

General statement of the situation or circumstances surrounding what you accomplished/achieved:

[Narrative Text Box]

Description of exactly what you did (i.e., what actions did you take, what outcomes occurred):

[Narrative Text Box]

Information about the person who can verify your accomplishment [name, relationship of verifier, and verifier contact information (telephone number, email address, and mailing address)]:

[Narrative Text Box]

**Competency 3: Oral Communication**

**Definition: Expresses information (for example, conclusions, rationale, ideas or facts) to individuals or groups effectively, taking into account the audience and nature of the information (for example, technical, sensitive, controversial); makes clear and convincing oral presentations; listens to others, attends to nonverbal cues, and responds appropriately.**

To demonstrate your competence in the area of oral communication, please provide an example below.

Date(s):

[Narrative Text Box]

General statement of the situation or circumstances surrounding what you accomplished/achieved:

[Narrative Text Box]

Description of exactly what you did (i.e., what actions did you take, what outcomes occurred):

[Narrative Text Box]

Information about the person who can verify your accomplishment [name, relationship of verifier, and verifier contact information (telephone number, email address, and mailing address)]:

[Narrative Text Box]

**Competency 4: Writing**

**Definition: Recognizes and uses correct English grammar, punctuation, and spelling; communicates information (for example, facts, ideas, or messages) in writing in a succinct and organized manner; produces written information, which may include technical material, that is appropriate for the intended audience.**

To demonstrate your competence in the area of writing, please provide an example below.

Date(s):

[Narrative Text Box]

General statement of the situation or circumstances surrounding what you accomplished/achieved:

[Narrative Text Box]

Description of exactly what you did (i.e., what actions did you take, what outcomes occurred):

[Narrative Text Box]

Information about the person who can verify your accomplishment [name, relationship of verifier, and verifier contact information (telephone number, email address, and mailing address)]:

[Narrative Text Box]

**Competency 5: Judicial Analysis**

**Definition: Analyzes, evaluates and weighs all evidence, including technical subject matter; defines issues and makes findings of fact and conclusions of law, which are appropriate to the case; clearly articulates the basis for the outcome.**

To demonstrate your competence in the area of judicial analysis, please provide an example below.

Date(s):

[Narrative Text Box]

General statement of the situation or circumstances surrounding what you accomplished/achieved:

[Narrative Text Box]

Description of exactly what you did (i.e., what actions did you take, what outcomes occurred):

[Narrative Text Box]

Information about the person who can verify your accomplishment [name, relationship of verifier, and verifier contact information (telephone number, email address, and mailing address)]:

[Narrative Text Box]

**Competency 6: Judicial Management**

**Definition: Knows and applies legal, trial, and evidentiary rules and procedures; presides at, participates in, and/or facilitates conferences, hearings, and meetings with sensitivity, diplomacy and impartiality; develops a full and fair record (for example, elicits facts, when appropriate, by examining lay and expert witnesses and by other means); gives all sides a fair opportunity to be heard; works with others to find mutually acceptable solutions**.

To demonstrate your competence in the area of judicial management, please provide an example below.

Date(s):

[Narrative Text Box]

General statement of the situation or circumstances surrounding what you accomplished/achieved:

[Narrative Text Box]

# Required Documents:

AALJ000026

**Certification of Information Accuracy**

I *certify* that, to the best of my knowledge and belief, all of the information included in this Assessment Questionnaire is true, correct, and provided in good faith. I *certify* that I have worked independently and did not get any form of assistance while completing the Accomplishment Record. I *understand* that if I make an intentional false statement, or commit deception or fraud in this application and its supporting materials, or in any document or interview associated with the examination process, I may be fined or imprisoned (18 U.S.C. 1001); my eligibilities may be cancelled, I may be denied an appointment, or I may be removed and debarred from the Federal service (5 C.F.R. part 731); or I may be disciplined under applicable state law by the authorities responsible for regulating the conduct of attorneys and judges. I *understand* that any information I give may be investigated. I *understand* that I will be rated "ineligible" if I do not respond "Yes" to this certification item.

A – Yes, I *certify/understand* the information provided above.
B – No, I do not *certify/understand* the information provided above.

**The following documents are required:**

- Assessment Questionnaire;
- Résumé; and
- Veterans' Preference documentation (if applicable)

## Contact Information:

Admin Law Judge Program Office
Phone: (000)000-0000
Fax: (202)606-0584
Email: aljapplication@opm.gov

Or write:
Administrative Law Judge Exam
Do Not Send Mail
Washington, DC 20415
Fax: (202)606-0584

## What To Expect Next:

AALJ000027

Once you submit your Assessment Questionnaire and AR, you will be sent an email acknowledging your submission.   The acknowledgement email, however, does not establish eligibility to proceed to the remaining parts of the ALJ examination.   Please refer to the **Basis for Rating** section of this announcement for specific information about the notification process regarding the evaluation of your questionnaire, and if applicable, the details about the remaining parts of the examination.   The ALJ assessment and examination process is comprehensive and requires an extended period of time for the process to be completed for all the applicants who applied during the announcement open period. Final numerical ratings will not be issued until the assessment and examination processes have been completed for all applicants who applied during the open period.

**If you have technical problems:**

If you have **technical problems concerning this application process**, please send a message to the email address listed below.   Emails that contain substantive questions concerning an individual application will not be answered as to do so would give an unfair advantage in the examination process.   **Note that sending an email to this address does not change the response deadline for any part of the ALJ application process.**

**Email: aljapplication@opm.gov**

### EEO Policy Statement

The United States Government does not discriminate in employment on the basis of race, color, religion, sex, national origin, political affiliation, sexual orientation, marital status, disability, age, membership in an employee organization, or other non-merit factor.

### Reasonable Accommodation Policy Statement

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application and hiring process should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.



**Send Mail to:**
Administrative Law Judge Exam
Do Not Send Mail
Washington, DC 20415
Fax: (202)606-0584



USAJOBS

**For questions about this job:**
Admin Law Judge Program
Office
Phone: (000)000-0000
Fax: (202)606-0584
Email: aljapplication@opm.gov

**USAJOBS Control Number:** 900042



AALJ000029

**TAB 3**

AALJ000030

Case 1:07-cv-00711-RMC     Document 30-3     Filed 07/16/2008     Page 31 of 60

## Love, Juanita Howard

| | |
|---|---|
| **From:** | Love, Juanita Howard |
| **Sent:** | Wednesday, May 02, 2007 12:44 PM |
| **To:** | William E. Fowler, Jr.; Allan Lewis; Ann Z. Cook; Arthur A. Liberty; Brenda Murray; Bruce Houston; Charles R. Center; Clay G. Guthridge; Constance Tobias; Curtis L. Wagner; Daniel J. Davidson; Frank A. Cristaudo; George H. Painter; Irving Sommer; John Vittone; Joseph N. Ingolia; Marc R. Hillson; Mary Ellen Bittner; Michael Creppy; Paul Luckern; Perry Rhew; Richard L. Sippel; Richard S. Arkow; Robert A. Giannasi; Robert J. Lesnick; Ronnie A. Yoder; Stephen J. McGuire; Susan Biro |
| **Cc:** | The Forum of United States Administrative Law Judges; ABA, Commission on Mental and Physical Disability Law; ABA, Judicial Division Standing Committee on Minorities in the Judiciary; ABA, Section of Administrative Law and Regulatory Practice; ABA, Senior Lawyers Division; Association of Administrative Law Judges; Federal Administrative Law Judges Conference; Federal Bar Association; Hispanic National Bar Association; National Asian Pacific American Bar Association; National Bar Association; National Conference of the Administrative Law Judiciary of the American Bar Association; National Conference of Women's Bar Associations; National Native American Bar Association |
| **Subject:** | Administrative Law Judge Examination |
| **Importance:** | High |

Chief ALJs and Designees, ALJ Associations, and National Bar Associations:

Attached please find a memorandum to the Chief Human Capital Officers regarding the new Administrative Law Judge examination.

Thanks!

*Juanita H. Love*
Program Manager
Administrative Law Judge Program
Center for Human Capital Implementation & Assessment
U.S. Office of Personnel Management
(202) 606-3822

AALJ000031

**TAB 4**

AALJ000032



UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
Washington, DC 20415

The Director

May 1, 2007

MEMORANDUM FOR CHIEF HUMAN CAPITAL OFFICERS

FROM:       LINDA M. SPRINGER
            DIRECTOR

Subject:    Administrative Law Judge Examination

The Office of Personnel Management (OPM) has issued revised regulations for the
Administrative Law Judge (ALJ) program (5 CFR part 930, subpart B), which took effect
on April 19, 2007. As a result of the revisions to the regulations, OPM will soon issue a
new ALJ vacancy announcement to introduce a new ALJ examination, which will replace
the existing register.

The existing register will remain in effect until a new ALJ register is established. OPM
will establish the new register after completely processing all ALJ applications based on
the new examination.

The new vacancy announcement will be posted in the next few days on OPM's
USAJOBS website: http://www.usajobs.opm.gov/. Individuals can conduct a search with
the job title "ALJ" to locate the OPM vacancy announcement when it is posted. Full
details concerning the application and the examination process will be provided in the
announcement.

cc: Human Resources Directors

AALJ000033

**TAB 5**

AALJ000034

## U.S. Office of Personnel Management
**Ensuring the Federal Government has an effective civilian workforce**

## Congressional Relations

- Main
- Testimony
- Reports to Congress
- Legislative Proposals
- Senate
- House
- White House
- PMA/Working for America Act
- PMA/Human Capital

STATEMENT OF

LINDA M. SPRINGER
DIRECTOR
U.S. OFFICE OF PERSONNEL MANAGEMENT

before the

SUBCOMMITTEE ON SOCIAL SECURITY
COMMITTEE ON WAYS AND MEANS
U.S. HOUSE OF REPRESENTATIVES

on

Administrative Law Judges at the Social Security Administration

May 1, 2007

Mr. Chairman and Members of the Subcommittee:

I am pleased to have the opportunity to appear before you this morning to discuss the role of the Office of Personnel Management (OPM) with respect to the hiring of Administrative Law Judges (ALJs), and our most recent activity with respect to this issue. Let me begin with an assurance to everyone here that I am committed to working very closely with the Commissioner of the Social Security Administration (SSA) and our other Federal partners to ensure the Government has an effective Federal civilian workforce, which includes ALJs. I certainly recognize and appreciate the importance of the work ALJs need to do with respect to Social Security disability cases.

**Background**

By way of background, the ALJ position, originally referred to as "hearing examiner" was first authorized by Congress in the Administrative Procedure Act (APA) more than 60 years ago. The APA was designed to ensure fairness and due process in Federal agency rulemaking, and the hearing

AALJ000035

examiner positions were established to provide aggrieved parties an opportunity to have their concerns heard on the record through a hearing. The APA also provides statutory protections to ensure that ALJs have decisional independence from undue agency influence. Some of these protections included making the positions independent of the employing agencies with respect to appointment, tenure, and compensation.

The most recent data available to OPM show there are over 1,400 ALJs serving in the Federal Government, 1,100 of whom work at SSA with the remainder primarily at the Department of Health and Human Services, the Department of Labor, and the National Labor Relations Board. The data show that most ALJs tend to remain in their positions longer than most Federal employees - ALJs retire on average with 32 years of service at age 70 - this is in contrast to other employees who, on average, retire with 28 years at age 59.

## Role of OPM

Consistent with civil service law, the Veterans Preference Act, and APA requirements, OPM is responsible for establishing ALJ qualifications, for administering the ALJ examination, and for maintaining a listing of qualified candidates for ALJ employment by Federal agencies. By law, OPM cannot delegate the ALJ examination to any other agency.

In 1999, the current register was suspended following an adverse ruling in litigation before the Merit Systems Protection Board, then referred to as the Azdell litigation (now referred to as Meeker v. OPM). OPM petitioned for review by the United States Court of Appeals for the Federal Circuit, and ultimately prevailed. After the Federal Circuit mandate was issued, in July 2003, OPM refreshed the ALJ register by verifying that candidates on the existing register were still actively interested in ALJ positions (removing those who were not interested or were not reachable). Between 2003 and 2007, OPM also added over 100 new applicants (these applicants included veterans who were 10-point preference eligibles, and other persons who had completed applications pending during the litigation).

After the conclusion of the Azdell litigation in 2003, we closed the ALJ examination to new applicants, (with the exception that we continued to accept applications from 10-point preference eligibles as allowed by law), reconstituted the ALJ register, and made that register available for agency use. At that time, there were 1,730 ALJs on the register. Subsequently, we resumed work on the examination, which as you may know, is a complex multi-step examination process.

## A look at ALJ Hiring

It is important for you to understand that agencies have in fact been hiring ALJs both during and after the Azdell litigation. In the case of the Social Security Administration, 562 ALJs have been hired since 1997. Because OPM was sensitive to the Social Security Administration's need for ALJs, we litigated a motion to lift the stay expressly for the purpose of allowing SSA to hire off of the register. As a result, SSA hired 126 ALJs in 2001. After the Azdell litigation concluded, from 2003-2005, OPM issued 7 certificates of eligibles to SSA in the 2003 -2005 period, and as a result, SSA hired another 200 ALJs. More recently, in 2006, SSA hired an additional 37 ALJs.

## The New ALJ Examination/Assessment Process

At the end of 2005, OPM published a proposed rule to streamline existing ALJ regulations by removing redundant procedures and outdated information, clarifying bar membership requirements, and ensuring that the ALJ examination process operates in a manner similar to other OPM competitive examinations.

AALJ000036

As a result, we received a large number of comments from a variety of sources with extensive recommendations. We undertook a careful review of all comments received. Subsequently, we published the final rule in the Federal Register on March 20, 2007. The rule took effect on April 19, 2007. During this same time period, we revamped the qualifications standard. Concurrent with the publication of the proposed ALJ rule, we posted a draft qualifications statement on OPM's website. We received comments on the draft qualifications and took them into account in drafting the final version, which was posted on OPM's website on April 20, 2007. Throughout this process, the register never had fewer than 1,000 candidates.

OPM has also now published its new qualification standards for ALJs, and we expect to open the ALJ vacancy announcement on our USAJOBS.gov website within the next few days with the goal of completing our initial reviews early this month. New ALJ candidates will need to submit their accomplishment records which OPM will review and score, followed by written demonstrations, which are also part of the scoring process. Structured interviews with ALJ candidates will then be scheduled and my expectation is that we can complete that interview process and proceed to final scoring and establishment of a new ALJ register by late Fall. This sequence of events is presented in the attachment to my statement.

## Conclusion

Mr. Chairman, I will continue to work closely with your subcommittee and with Commissioner Astrue to ensure we meet the needs of SSA and our other Federal partners - through the existing ALJ register and the new register being established this year. I would be happy to further address any questions the subcommittee may have.

**U.S. Office of Personnel Management** 1900 E Street NW, Washington, DC 20415 | (202) 606-1800
| TTY (202) 606-2532

AALJ000037

**TAB 6**

AALJ000038



United States
# Office of
# Personnel Management

Washington, D.C. 20415-9400

In Reply Refer To:          Your Reference:

April 23, 2007

Dear Administrative Law Judge Applicant:

This is in regard to your listing on the Administrative Law Judge (ALJ) register, based on your competition in the ALJ examination under Announcement Number 318, as amended.

The Office of Personnel Management (OPM) has issued revised regulations for the ALJ program (5 CFR part 930, subpart B) which took effect on April 19, 2007. As a result of the revisions to the regulations, OPM will soon issue a new ALJ vacancy announcement that will introduce a new ALJ examination to replace the existing register.

The current register will remain in effect until this new ALJ register is established. OPM will establish the new register after completely processing all ALJ applications based on the new examination.

Concurrent with the establishment of this new register, we will terminate the existing register on which your name is currently listed. Therefore, if you wish to continue to receive employment consideration for an ALJ position when the new register is established, you will need to apply for the new announcement during the open period and successfully complete the new examination.

The new vacancy announcement will be posted in early May on OPM's USAJOBS website: http://www.usajobs.opm.gov/. You can conduct a search on the job title "ALJ" to locate the OPM vacancy announcement when it is posted. Full details concerning how to apply and the examination process will be provided in the announcement.

Your interest in Federal employment as an ALJ is appreciated.

Sincerely,

F. Alan Nelson
Acting Eastern Group Manager
Human Resources Consulting Program
Center for Talent Services

**TAB 7**

AALJ000040

## U.S. Office of Personnel Management
**Ensuring the Federal Government has an effective civilian workforce**

## Qualification Standard For Administrative Law Judge Positions

## I. BACKGROUND

The Administrative Law Judge (ALJ) function was created by the Administrative Procedure Act (APA) in 1946 to ensure fairness in administrative proceedings before Federal Government agencies.

ALJs serve as independent impartial triers of fact in formal proceedings requiring a decision on the record after the opportunity for a hearing. In general, ALJs prepare for and preside at formal proceedings required by statute to be held under or in accordance with provisions of the APA, codified, in relevant part, in sections 553 through 559 of title 5, United States Code (U.S.C.). ALJs rule on preliminary motions, conduct pre-hearing conferences, issue subpoenas, conduct hearings (which may include written and/or oral testimony and cross-examination), review briefs, and prepare and issue decisions, along with written findings of fact and conclusions of law.

The Federal Government employs ALJs in a number of agencies throughout the United States. Cases may involve Federal laws and regulations in such areas as admiralty, advertising, antitrust, banking, communications, energy, environmental protection, food and drugs, health and safety, housing, immigration, interstate commerce, international trade, labor management relations, securities and commodities markets, social security disability and other benefits claims, and transportation.

## II. QUALIFICATION REQUIREMENTS

An applicant must meet both the licensure and experience requirements and pass the OPM administrative law judge competitive examination to qualify for an ALJ position.

### A. Licensure

Applicants must be licensed and authorized to practice law under the laws of a State, the District of Columbia, the Commonwealth of Puerto Rico, or any territorial court established under the United States Constitution throughout the selection process, including any period on the standing register of eligibles. Judicial status is acceptable in lieu of "active" status in States that prohibit sitting judges from maintaining "active" status to practice law. Being in "good standing" is acceptable in lieu of "active" status in States where the licensing authority considers "good standing" as having a current license to practice law.

### B. Experience

### Qualifying Experience

Applicants must have a full seven (7) years of experience as a licensed attorney preparing for, participating in, and/or reviewing formal hearings or trials involving litigation and/or administrative law at the Federal, State or local level.

**Cases must have been conducted on the record under procedures at least as formal as those prescribed by sections 553 through 559 of title 5, U.S.C.**

AALJ000041

Qualification Standard For Administrative Law Judge Positions

Qualifying litigation experience involves cases in which a complaint was filed with a court, or a charging document (e.g., indictment or information) was issued by a court, a grand jury, or appropriate military authority, and includes:

- participating in settlement or plea negotiations in advance of trial;
- preparing for trial and/or trial of cases;
- preparing opinions;
- hearing cases;
- participating in or conducting arbitration, mediation, or other alternative dispute resolution approved
  by the court; or
- participating in appeals related to the types of cases above.

Qualifying administrative law experience involves cases in which a formal procedure was initiated by a governmental administrative body and includes:

- participating in settlement negotiations in advance of hearing cases;
- preparing for hearing and/or trial of cases;
- preparing opinions;
- hearing cases;
- participating in or conducting arbitration, mediation, or other alternative dispute resolution approved by the
  administrative body; or
- participating in appeals related to the types of cases above.

## Non-qualifying Experience

Experience involving cases with no formal hearing procedure and uncontested cases involving misdemeanors, probate, domestic relations, or tort matters is not qualifying.

### C. Examination

Applicants are required to pass an examination, the purpose of which is to evaluate the competencies/knowledge, skills, and abilities (KSAs) essential to performing the work of an Administrative Law Judge.

## III. CONDITION OF EMPLOYMENT

ALJs must be held to a high standard of conduct to maintain the integrity and independence of the administrative judiciary. As a condition of employment, all ALJs must meet the licensure requirement stated in Part II Qualification Requirements. Incumbent ALJs must continue to meet this condition throughout the duration of their employment. This requirement also applies to former ALJs who are reinstated or reemployed as Senior ALJs. Judicial status is acceptable in lieu of "active" status in States that prohibit sitting judges from maintaining "active" status to practice law. Being in "good standing" is acceptable in lieu of "active" status in States where the licensing authority considers "good standing" as having a current license to practice law.

**U.S. Office of Personnel Management** 1900 E Street NW, Washington, DC 20415 | (202) 606-1800 ▣
| TTY (202) 606-2532

**TAB 8**

AALJ000043

## Love, Juanita Howard

| | |
|---|---|
| **From:** | Love, Juanita Howard |
| **Sent:** | Tuesday, April 10, 2007 3:54 PM |
| **To:** | William E. Fowler, Jr.; Allan Lewis; Ann Z. Cook; Arthur A. Liberty; Brenda Murray; Bruce Houston; Charles R. Center; Clay G. Guthridge; Curtis L. Wagner; Daniel J. Davidson; Frank A. Cristaudo; George H. Painter; Irving Sommer; John Vittone; Joseph N. Ingolia; Judith Ballard; Marc R. Hillson; Mary Ellen Bittner; Michael Creppy; Paul Luckern; Perry Rhew; Richard L. Sippel; Richard S. Arkow; Robert A. Giannasi; Robert J. Lesnick; Ronnie A. Yoder; Stephen J. McGuire; Susan Biro |
| **Subject:** | Administrative Law Judge Program |

Dear Chief ALJ/Designee-

Please see the attached letter concerning the Administrative Law Judge Program.

Thanks!

*Juanita Love*

AALJ000044



United States
# Office of
# Personnel Management

Washington, D.C. 20415-9400

In Reply Refer To:            Your Reference:

Dear Chief ALJ/Designee-

As we previously informed you, the Office of Personnel Management (OPM) plans to announce a new Administrative Law Judge (ALJ) examination soon after the revised, final ALJ regulations become effective on April 19, 2007.

We want to thank each of you who answered our recent call for Subject Matter Experts to assist us in the final development of this new examination, either by your own participation or by sending a representative(s). As we continue with the examination development, there are two additional areas where we will need your assistance – the Written Demonstration and the Structured Interview.

**Written Demonstration:** The new examination will incorporate a written demonstration that requires applicants to prepare a decision of the type that would be written if the applicant were to be employed as an ALJ. We plan to use retired ALJs to evaluate the written demonstration portion of the examination. Accordingly, OPM plans to hire a cadre of 20 retired ALJs as experts on temporary appointments for a period not to exceed one year. Our plans call for these appointments to begin on or about July 1st. All of the work to be performed on this project will be accomplished in Washington, DC.

If you know of a retired ALJ who might be interested in serving in this capacity, we would appreciate you providing us with his/her name, phone number, email address, and/or other contact information. Even if you do not know anyone personally who might be interested, your assistance in helping to spread the word of this need among the ALJ community would be most appreciated.

Please provide the requested information about potentially interested candidates directly to Jennifer McKelvey at: Jennifer.McKelvey@opm.gov

Jennifer may also be reached at 202-606-1011, if you or potential candidates have any questions. We would appreciate receiving this information as soon as possible, but no later than **COB, Friday, April 27, 2007.**

**Structured Interview:** ALJ candidates also will be asked to participate in a structured interview. This structured interview will be conducted in Washington, DC, and will be administered by a panel of three persons, including a sitting ALJ and a private attorney. We expect to begin administering the structured interviews to candidates also around the first part of July, continuing for a number of weeks, depending on the number of applicants. We do not need a response to this item at the present time. Rather, we felt it important to provide you with some advance knowledge of this upcoming need for assistance. Once the announcement has been issued and we have specific information to

AALJ000045

provide (e.g., dates and numbers of ALJs needed), we will put out an official call for assistance.

Thank you for your continued support of the ALJ program.


F. Alan Nelson
Acting Eastern Group Manager
Human Resources Consulting Program
alan.nclson@opm.gov

AALJ000046

**TAB 9**

AALJ000047

## Love, Juanita Howard

| | |
|---|---|
| **From:** | Love, Juanita Howard |
| **Sent:** | Tuesday, April 03, 2007 2:13 PM |
| **To:** | William E. Fowler, Jr.; Allan Lewis; Ann Z. Cook; Arthur A. Liberty; Brenda Murray; Bruce Houston; Charles R. Center; Clay G. Guthridge; Curtis L. Wagner; Daniel J. Davidson; Frank A. Cristaudo; George H. Painter; Irving Sommer; John Vittone; Joseph N. Ingolia; Judith Ballard; Marc R. Hillson; Mary Ellen Bittner; Michael Creppy; Paul Luckern; Perry Rhew; Richard L. Sippel; Richard S. Arkow; Robert A. Giannasi; Robert J. Lesnick; Ronnie A. Yoder; Stephen J. McGuire; Susan Biro; The Forum of United States Administrative Law Judges; ABA, Commission on Mental and Physical Disability Law; ABA, Judicial Division Standing Committee on Minorities in the Judiciary; ABA, Section of Administrative Law and Regulatory Practice; ABA, Senior Lawyers Division; Association of Administrative Law Judges; Federal Administrative Law Judges Conference; Federal Bar Association; Hispanic National Bar Association; National Asian Pacific American Bar Association; National Bar Association; National Conference of the Administrative Law Judiciary of the American Bar Association; National Conference of Women's Bar Associations; National Native American Bar Association |
| **Subject:** | Administrative Law Judge Program |

Chief ALJs and Designees, ALJ Associations, and National Bar Associations:

Attached please find a memorandum to the Chief Human Capital Officers announcing the Office of Personnel Management's (OPM) publication of the final regulations and qualification standard for the Administrative Law Judge Program

*Juanita H. Love*
Program Manager
Administrative Law Judge Program
Center for Human Capital Implementation & Assessment
U.S. Office of Personnel Management
(202) 606-3822

AALJ000048

**TAB 10**

AALJ000049



## UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
Washington, DC 20415

The Director

April 2, 2007

MEMORANDUM FOR CHIEF HUMAN CAPITAL OFFICERS

FROM:           LINDA M. SPRINGER
                DIRECTOR

Subject:        Issuance of Final Regulations and Qualification Standard for
                Administrative Law Judge Program

The Office of Personnel Management (OPM) published final regulations for the
Administrative Law Judge (ALJ) Program in the *Federal Register* on March 20, 2007
with an effective date of April 19, 2007. The purpose of the revised regulations is to
update outdated information, remove the internal examining processes from the
regulations, and describe OPM and agency responsibilities concerning the ALJ Program.
The final rule is grounded in the core legal requirement that administrative law judges be
independent in matters of appointment, tenure, and compensation.

Additionally, OPM is issuing a qualification standard for ALJ positions on April 20,
2007, the day after the regulations become effective. The Qualification Standard for
Administrative Law Judge Positions will be published on OPM's website at
http://www.opm.gov/qualifications/alj/alj.asp.

The new ALJ examination is under development and will be released soon after the
effective date of the regulations. It will be announced on OPM's USAJOBS website at
http://www.usajobs.opm.gov/.

If you have any questions or need additional information, please contact Daniel Fusco,
Manager, Recruiting, Examining, and Assessment by email Daniel.Fusco@opm.gov, by
telephone (202) 606-0830, or by fax (202) 606-2390.


cc:   Human Resources Directors

**TAB 11**

AALJ000051



RECEIVED
COMMITTEE ON
WAYS AND MEANS

2007 MAR 22  PM 1:49

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
Washington, DC 20415

March 20, 2007

The Director

The Honorable Sam Johnson
Ranking Member
House Subcommittee on Social Security
Committee on Ways and Means
House of Representatives
Washington, DC  20515

Dear Representative Johnson:

Thank you for your letter concerning the Administrative Law Judge (ALJ) Program.  We recognize that a modernized examination is important to the work of Federal agencies and that implementation has not occurred as quickly as we would have liked.  However, the time was necessary in order to ensure an overall approach that was thoughtful, complete, and thoroughly considered.

The good news is that we expect the final regulations to be published within the next week and that the new examination will be announced shortly after the regulations become effective.  We also will be posting on our Web site the revised ALJ qualifications standards shortly after the new regulations are effective.  (A proposed version was previously posted and comments solicited as part of the task of revising the examination.)

In 1999, the current register was suspended pending the outcome of litigation before the Merit Systems Protection Board, then referred to as the *Azdell* litigation.  OPM petitioned for review by the United States Court of Appeals for the Federal Circuit, and ultimately prevailed.  After the Federal Circuit mandate issued, in July 2003 (and under the case name *Meeker*), OPM reactivated the register.  During the time between the resolution of the lawsuit and the finalization of the new examination, agencies have been able to fill positions from the existing register.  In fact, nearly 300 ALJs have been hired by the Social Security Administration (SSA), the Department of Health and Human Services, and a few other agencies from the existing register from 2004 to the present.

OPM did opt to close the examination, shortly after reopening it, because work was already underway to develop a new examination, as part of OPM's routine efforts to periodically update existing assessment tools, and because the current register contained a sufficient number of high-quality candidates to meet projected agency needs.  The existing register still contains a sufficient number of high-quality candidates to meet current agency needs.  The existing register contains 1,151 qualified candidates for ALJ positions.

In addition, following the *Azdell/Meeker* litigation, the register was "refreshed" in several respects. Since 2003, OPM has added more than 100 new applicants to the ALJ register, including applicants who completed applications that had been pending during the

litigation and 10 point preference eligibles who are permitted by law to open a closed examination. See 5 CFR 332.311. We also verified that candidates who appear on the register are still actively interested in an ALJ position and invited them to provide updated information concerning their professional experiences, which has been passed on to the hiring agencies. Accordingly, although OPM has taken some time to complete its new examination, we do not believe that the time taken has had any negative impact on agencies or the public.

We are specifically responding to your questions contained in your letter below.

1.   What is the cause of the delay in finalizing the rule?

On December 21, 2005, the ALJ proposed rule was posted on the *Federal Register* with a 60-day comment period ending February 21, 2006. During the comment period, OPM received numerous written comments from Federal agencies; professional organizations; the exclusive bargaining representative of ALJs serving at the Social Security Administration (SSA) and the Department of Health and Human Services; and private individuals. Many of the comments were lengthy and complex. OPM completed its review of all the comments and prepared a final ALJ regulation, addressing public comments. On December 21, 2006, OPM submitted the final regulations for review by the Office of Management and Budget (OMB). OMB completed its review on March 14, 2007, at which time the regulations were cleared for publication in the Federal Register.

2.   When do you expect to publish a final rule?

We expect the final rule to be published in the Federal Register imminently. The regulations will be effective 30 days from the date of publication.

3.   Once the rule is finalized, when will a new examination for candidates be complete?

The development of the new examination is nearly complete. We plan to announce the new examination shortly after the effective date of the final regulations.

4.   When will this exam be offered to ALJ candidates?

As soon as practicable, we will notify the ALJ stakeholders and candidates currently on the ALJ register of the upcoming new ALJ examination and the open-and-close period of the vacancy announcement. We will post a vacancy announcement on OPM's USAJOBS Web site announcing that OPM is accepting applications for the new ALJ examination.

5.   When will a new registry be available to SSA to use in hiring ALJs?

A new ALJ register will be available for all agencies that hire ALJs, including SSA, after all the received applications have been processed, the examination administered, the submissions evaluated and final ratings are assigned (including applicable veterans' preference points). Given the level of interest in the ALJ program, we anticipate that we

AALJ000053

will receive a large number of applications. This volume as well as the logistics of administering certain aspects of the examination will determine the actual date on which the new register will be available.

We hope our responses have satisfactorily answered your questions. Again, thank you for your interest in OPM's Administrative Law Judge Program.

Sincerely,

Linda M. Springer
Director

cc: The Honorable Michael R. McNulty
    The Honorable Rob Portman

**TAB 12**

AALJ000055



**UNITED STATES**
**OFFICE OF PERSONNEL MANAGEMENT**
WASHINGTON, DC 20415-0001

OFFICE OF THE DIRECTOR

DEC 1 2 2005

MEMORANDUM FOR CHIEF HUMAN CAPITAL OFFICERS

FROM:                      LINDA M. SPRINGER
                           DIRECTOR

Subject:                   Issuance of Proposed Regulations and Qualification Standard for
                           Administrative Law Judge Program

The Office of Personnel Management (OPM) is issuing proposed regulations for the
Administrative Law Judge (ALJ) Program. The proposed regulations will be issued in
the *Federal Register* on December 13, 2005, for a 60-day comment period. The proposed
regulations update outdated information, remove the internal examining processes from
the regulations, and describe OPM and agency responsibilities concerning the ALJ
Program. This proposed rule continues the basic intent of making administrative law
judges independent in matters of tenure and compensation.

Additionally, OPM is issuing a proposed qualification standard for ALJ positions. The
proposed ALJ qualification standard will be issued for a 60-day comment period on
OPM's website located at
http://www.opm.gov/qualifications/DRAFTS/proposedALJqualifications.asp


cc:  Chief Administrative Law Judges/Designees
     American Bar Association
     American Bar Association Standing Committee on Minorities in the Judiciary
     Association of Administrative Law Judges
     Federal Administrative Law Judge Conference
     Federal Bar Association
     Forum of United States Administrative Law Judges
     Hispanic National Bar Association
     National Asian Pacific American Bar Association
     National Bar Association
     National Conference of Administrative Law Judges
     National Conference of Women's Bar Associations
     National Native American Bar Association
     Senior Lawyers Division, American Bar Association

**TAB 13**

AALJ000057

ALJ Qualification Standard (Proposed) – 60 Day Comment Period

# Qualification Standard
# For Administrative Law Judge Positions

## I. BACKGROUND

The Administrative Law Judge (ALJ) function was created by the Administrative Procedure Act (APA) in 1946 to ensure fairness in administrative proceedings before Federal Government agencies.

ALJs serve as independent impartial triers of fact in formal hearings in a manner similar to trial judges conducting civil trials without a jury.  In general, ALJs prepare for and preside at formal hearings required by statute to be held under or in accordance with provisions of the APA, codified, in relevant part, in sections 553 through 559 of title 5, United States Code (U.S.C.).  ALJs rule on preliminary motions, conduct pre-hearing conferences, issue subpoenas, conduct hearings (which may include written and/or oral testimony and cross-examination), review briefs, and prepare and issue decisions, along with written findings of fact and conclusions of law.

The Federal Government employs ALJs in a number of agencies throughout the United States.  Cases may involve Federal laws and regulations in such areas as admiralty, advertising, antitrust, banking, communications, energy, environmental protection, food and drugs, health and safety, housing, immigration, interstate commerce, international trade, labor management relations, securities and commodities markets, social security disability and other benefits claims, and transportation.

## II. QUALIFICATION REQUIREMENTS

An applicant must meet both the licensure and experience requirements and pass the current competitive administrative law judge examination to qualify for an ALJ position.

### A. Licensure

Applicants must be authorized to practice law as an attorney under the laws of a State, the District of Columbia, the Commonwealth of Puerto Rico, or any territorial court established under the United States Constitution.  Judicial status is acceptable in lieu of "active" status in States that prohibit sitting judges from maintaining "active" status to practice law.  Being in "good standing" is acceptable in lieu of "active" status in States where the licensing authority considers "good standing" as having a current license to practice law.

AALJ000058

## B. Experience

### Qualifying Experience

Applicants must have a full seven (7) years of experience as a licensed attorney preparing for, participating in, and/or reviewing formal hearings or trials involving litigation and/or administrative law at the Federal, State or local level.

**Cases must have been conducted on the record under procedures at least as formal as those prescribed by sections 553 through 559 of title 5, U.S.C.**

Qualifying litigation experience involves cases in which a complaint was filed with a court, or a charging document (indictment or information) was issued by a court or grand jury, and includes:
- participating in settlement or plea negotiations in advance of trial;
- preparing for trial and/or trial of cases;
- preparing opinions;
- hearing cases;
- participating in or conducting arbitration, mediation, or other alternative dispute resolution approved by the court; or
- participating in appeals related to the types of cases above.

Qualifying administrative law experience involves cases in which a formal procedure was initiated by a governmental administrative body and includes:
- participating in settlement negotiations in advance of hearing cases;
- preparing for hearing and/or trial of cases;
- preparing opinions;
- hearing cases;
- participating in or conducting arbitration, mediation, or other alternative dispute resolution approved by the administrative body; or
- participating in appeals related to the types of cases above.

### Non-qualifying Experience

Experience involving cases with no formal hearing procedure and uncontested cases involving misdemeanors, probate, domestic relations, or tort matters is ***not*** qualifying. Listed below are some types of positions which are ***not*** qualifying:

1. Claims Reviewer
2. Clerk of Court
3. Conferee
4. Contract Officer
5. Insurance Adjuster

AALJ000059

6.  Investigator, under any job title
7.  Moderator
8.  Officer of any court not of record
9.  Rating Specialist
10. State Unemployment Insurance Supervisor
11. Hearing Officer in informal hearings.

## C. Examination

Applicants are required to pass an examination, the purpose of which is to evaluate the competencies/knowledge, skills, and abilities (KSAs) essential to performing the work of an Administrative Law Judge.

# III. CONDITION OF EMPLOYMENT

ALJs must be held to a high standard of conduct to maintain the integrity and independence of the administrative judiciary. As a condition of employment, all ALJs must meet the licensure requirement stated in Part II Qualification Requirements. Incumbent ALJs must continue to meet this condition throughout the duration of their employment. This requirement also applies to former ALJs who are reinstated or reemployed as Senior ALJs. Judicial status is acceptable in lieu of "active" status in States that prohibit sitting judges from maintaining "active" status to practice law. Being in "good standing" is acceptable in lieu of "active" status in States where the licensing authority considers "good standing" as having a current license to practice law.

AALJ000060