IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, <u>et al.</u>, )<br>)<br>Defendants. )<br>) | Civil No. 07-CV-711 (RMC) |

## NOTICE OF SUPPLEMENTAL FILING

Attached to this Notice of Supplemental Filing is the signed Certified Index of Administrative Record relating to Count IV of Plaintiffs' Third Amended Complaint for Declaratory and Injunctive Relief [Docket No. 20]. As we explained in our Notice of Filing of Administrative Record, filed on July 16, 2008 [Docket No. 30], we were unable to include this certification at that time, and are thus providing it now to complete the filing of the Record as it relates to Count IV.

Dated: July 17, 2008                                  Respectfully submitted,

                                                      GREGORY G. KATSAS
                                                      Assistant Attorney General

                                                      JEFFREY A. TAYLOR
                                                      United States Attorney

                                                      JENNIFER R. RIVERA
                                                      Branch Director

                                                      SUSAN K. RUDY
                                                      Assistant Branch Director

|                           | /s/ Christopher R. Hall          |
|---------------------------|----------------------------------|

                                        CHRISTOPHER R. HALL
JUSTIN SANDBERG
Trial Attorneys
U.S. Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20530
(202) 514-4778

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSIGNMENT OF ADMINISTRATIVE LAW JUDGES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil No. 07cv00711 (RMC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CERTIFIED INDEX OF ADMINISTRATIVE RECORD**

I, Linda Watson, do hereby certify that the attached pages identified in the accompanying **ADMINISTRATIVE RECORD INDEX** constitute a true and complete copy of the agency record in the above-captioned matter relating to Count IV of the Third Amended Complaint.

In accordance with 28 U.S.C. § 1746, I hereby certify and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on July 17, 2008

_____
Linda Watson
Center for Talent and Capacity Policy
Division for Strategic Human Resources Policy
U.S. Office of Personnel Management

## ADMINISTRATIVE RECORD INDEX

1. OPM, Federal Employment Information Fact Sheets EI-28, Administrative law Judges Examination Closed (May 2007). (Bates Nos. 1-3).

2. Vacancy Announcement, Administrative Law Judge, No. 2007ALJ-134575 (May 4, 2007). (Bates Nos. 4-29).

3. Email from Juanita Love, Program Manager, Administrative Law Judge Program, OPM, to Chief ALJs and Designees, ALJ Associations, and National Bar Associations, regarding the Administrative Law Judge Examination, attaching OPM's May 1, 2007, Memorandum for Chief Human Capital Officers (May 2, 2008). (Bates Nos. 30-31).

4. Memorandum from Linda M. Springer, Director, OPM, to Chief Human Capital Officers regarding the Administrative Law Judge Examination (May 1, 2007), available online, http://www.chcoc.gov/trans_list.cfm. (Bates Nos. 32-33).

5. Statement of Linda M. Springer, Director, OPM, before the Subcommittee on Social Security Committee on Ways and Means, U.S. House of Representatives (May 1, 2007). (Bates Nos. 34-37).

6. Letter from F. Alan Nelson, Acting Eastern Group Manager, OPM to Administrative Law Judge Applicant (Apr. 23, 2007). (Bates Nos. 38-39).

7. OPM, Qualification Standard for Administrative Law Judge Positions (Apr. 20, 2008), available online, http://www.opm.gov/qualifications/alj/alj.asp. (Bates Nos. 40-42).

8. Email from Juanita Love, Program Manager, OPM, to Chief ALJs and Designees, regarding the Administrative Law Judge Program, attaching Letter from F. Alan Nelson, Acting Eastern Group Manager (April 10, 2007). (Bates Nos. 43-46).

9. Email from Juanita Love, Program Manager, OPM, to Chief ALJs and Designees, ALJ Associations, and National Bar Associations, regarding the Administrative Law Judge Program, regarding final regulations and qualification standard (April 3, 2007). (Bates Nos. 47-48).

10. Memorandum from Linda M. Springer, Director, OPM, to Chief Human Capital Officers regarding the Issuance of Final Regulations and Qualification Standard for Administrative Law Judge Program (April 2, 2007), available online, http://www.chcoc.gov/trans_list.cfm. (Bates Nos. 49-50).

11. Letter from Linda M. Springer, Director, OPM, to the Honorable Sam Johnson, Ranking Member, House Subcommittee on Social Security, Committee on Ways and Means, U.S. House of Representatives (Mar. 22, 2007). (Bates Nos. 51-54).

12.     Memorandum from Linda M. Springer, Director, OPM, to Chief Human Capital Officers regarding the Issuance of Proposed Regulations and Qualification Standard for Administrative Law Judge Program (Dec. 12, 2005), available online, http://www.chcoc.gov/trans_list.cfm (Bates Nos. 55-56).

13.     OPM, ALJ Qualification Standard (Proposed) - 60 day Comment Period, (previously posted online, http://www.opm.gov/qualifications/DRAFTS/ proposedALJqualifications.asp) (Dec. 12, 2005).  (Bates Nos. 57-60).