IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil No. 07cv00711 (RMC) |

**NOTICE OF FILING OF PLAINTIFFS' PROPOSED SCHEDULING ORDER**

TO THE COURT AND ALL PARTIES OF RECORD

Please take notice by this filing, pursuant to the Court's Order, Plaintiffs hereby file their proposed Scheduling Order. Counsel have conferred in good faith regarding a mutually agreeable schedule, but were unable to reach an agreement. on a joint proposed schedule. Plaintiffs seek the opportunity to propound discovery relevant to their claims in Count IV of the Third Amended Complaint.

Plaintiffs seek discovery in the following areas set forth in Count IV of the Third Amended Complaint, and where such matters are not contained in the Administrative Record provided by Defendants:

- The numbers of agency applicants and hires as opposed to the number of non-agency applicants and hires for AALJ positions from the Vacancy Announcement;

- Advanced notice given to agency employees prior to the official Vacancy Announcement;

- The facts surrounding the decision regarding the two-week opening or 1,250 applicant quota (whichever came first) for the AALJ position openings;

- Criteria used to select applicants for available AALJ positions;

- Process and handling of complaints regarding inadequate notice of the Vacancy Announcement.

Accordingly, Plaintiffs proposed the following discovery and summary judgment briefing schedule:

1. The deadline for discovery would be September 1, 2008 (All discovery to be served such that responses are due on or before October 1, 2008). Discovery would be conducted in accordance with the following limitations:

    Depositions:        limit of 5 per party

    Interrogatories:    limit of 25 per party

    Document Requests:  limit of 25 per party

2. The parties may file motions for summary judgment by November 1, 2008.

3. Oppositions to motions for summary judgment are due by December 1, 2008.

4. The parties may file a reply memorandum in support of its cross-motion for summary judgment by December 16, 2008.

Respectfully submitted,


   /s/ Richard C. Welch
Robert H. Stropp, Jr. D.C Bar #429737
Richard C. Welch (DC Bar# 485756)
Mooney, Green, Baker & Saindon, P.C.
1920 L Street, NW
Washington, D.C.  20036
(202) 783-0010
(202) 783-6088 Facsimile
rwelch@mooneygreen.com

Dated: July 24, 2008    Counsel for the Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 24th day of July, 2008, a true and correct copy of the foregoing PLAINTIFFS' PROPOSED SCHEDULING ORDER was filed electronically with the Court and sent via electronic mail to the following addresses for Defendant:

Christopher Hall
Department of Justice
Christopher.Hall@usdoj.gov


                                                      /s/
                                         Eugene K. Ahn