IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)  Civil No. 07cv00711 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING OF DEFENDANTS' PROPOSED SCHEDULING ORDER**

Please take notice that by this filing, pursuant to the Court's minute order of July 18, 2008, Defendants hereby file the proposed summary judgment scheduling order regarding the litigation of Count IV of Plaintiffs' Third Amended Complaint attached hereto. Despite efforts to reach a joint proposed schedule acceptable to both parties, the parties were unable to do so because of Plaintiffs' contention that they have a right to take discovery pursuant to Fed. R. Civ. P. 26.

Defendants submit that the appropriate procedure for resolving Count IV, which Plaintiffs bring under the Administrative Procedure Act, 5 U.S.C. § 706 et seq. ("APA"), is for the parties to file dispositive motions based upon the Administrative Record, which Defendants filed on July 17, 2008 [Docket No. 31]. This procedure would be consistent with the Court's minute orders of March 18, 2008, and April 9, 2008, in which the Court made clear that there would be no discovery as a matter of right, suggesting the presumption that Plaintiffs' claims would be resolved on the basis of the Administrative Record alone. Since that time, Plaintiffs have not introduced any new claims; instead, the Court has narrowed the claims to be decided on

the merits to Count IV alone. Should Plaintiffs believe that discovery outside the Administrative Record is warranted, the appropriate procedure for seeking such discovery would be to file a Fed. R. Civ. P. 56(f) motion for leave to seek discovery following Defendants' motion for summary judgment. Any such motion must identify the specific factual and legal basis for any assertion that extra-record discovery is warranted and establish that one or more of the exceptions to the principle of record review exists here. Defendants would have the opportunity to oppose any such motion.

Accordingly, Defendants propose the following summary judgment briefing schedule for the resolution of this matter on the merits:

1. On or before September 5, 2008, Defendants will file a motion for summary judgment.

2. On or before October 3, 2008, Plaintiffs will file an opposition to Defendants' motion for summary judgment.

3. On or before October 31, 2008, Defendants may file a reply in support of their motion for summary judgment.

Dated: July 24, 2008                                Respectfully submitted,

                                                    GREGORY G. KATSAS
                                                    Assistant Attorney General

                                                    JEFFREY A. TAYLOR
                                                    United States Attorney

                                                    SUSAN K. RUDY
                                                    Assistant Branch Director


                                                     */s/ Christopher R. Hall*
                                                    CHRISTOPHER R. HALL
                                                    JUSTIN M. SANDBERG
                                                    Trial Attorneys
                                                    U.S. Department of Justice
                                                    Civil Division
                                                    Federal Programs Branch
                                                    P.O. Box 883
                                                    Washington, D.C.  20530

                                                    (202) 514-4778

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ASSOCIATION OF ADMINISTRATIVE ) <br> LAW JUDGES, et al., ) <br> ) <br> Plaintiffs, ) <br> ) Civil No. 07cv00711 (RMC) <br> v. ) <br> ) <br> UNITED STATES OFFICE OF ) <br> PERSONNEL MANAGEMENT, et al., ) <br> ) <br> Defendants. ) <br> ) | |

**ORDER**

On the basis of the parties' proposed orders on scheduling, the Court adopts the following summary judgment briefing schedule for the resolution of this matter:

1. Defendants will file a motion for summary judgment on or before September 5, 2008.

2. Plaintiffs will file an opposition to Defendants' motion for summary judgment on or before October 3, 3008.

4. Defendants may file a reply memorandum in support of their motion for summary judgment on or before October 31, 2008.

SO ORDERED this _____ day of _____, 2008.

_____
Honorable Rosemary M. Collyer
United States District Judge