IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, et al., | ) ) ) ) |
| Plaintiffs, | ) Case No. 07-0711 (RMC) |
| v. | ) ) ) |
| UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

After consideration of the parties' proposed orders on scheduling, the Court adopts the following discovery and summary judgment briefing schedule in the instant case:

1. The deadline for discovery would be September 1, 2008 (all discovery to be served such that responses are due on or before October 1, 2008). Discovery shall be limited to the following:

   Depositions:         limit of 5 per party

   Interrogatories:      limit of 25 per party

   Document Requests: limit of 25 per party

3. The parties will file contemporaneous cross-motions for summary judgment on or before November 1, 2008.

4. Each party will file an opposition to the other party's cross-motion for summary judgment by December 1, 2008.

5. Each party may file a reply memorandum in support of its cross-motion for summary judgment by December 16, 2008.

**SO ORDERED** this ____ day of _____, 2008.

_____
Hon. Rosemary M. Collyer
United States District Court Judge