**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, <u>et al.</u>, )<br>)<br>Defendants. )<br>) | Civil No. 07cv00711 (RMC) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO RULE 37 MOTION**

Defendants request an extension of time until August 29, 2008 within which to respond to Plaintiffs' Motion for Rule 37 Sanctions Against Defendants, July 15, 2008, Doc. No. 29. Currently, defendants' response is due July 29, 2008. Plaintiffs do not oppose the requested extension. The reasons for this request are as follows:

1. Defendants recently requested that plaintiffs withdraw the motion, which relates to the filing of the administrative record, given the Court's ruling with regard to that issue in the July 16, 2008 telephone conference. Plaintiffs are evaluating that request.

2. The press of other business has precluded defendants' counsel from turning their full attention to the matter, and Christopher Hall and Justin Sandberg, counsel for defendants, have previously scheduled plans to be out of the office in early August.

3. Postponing the resolution of the Rule 37 motion will not delay the progress of this case on the merits.

Accordingly, defendants request an extension of time until August 29, 2008 within which to respond to plaintiffs' Rule 37 motion.

Dated: July 28, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SUSAN RUDY
Assistant Branch Director

 /s/ Justin M. Sandberg
CHRISTOPHER R. HALL
JUSTIN M. SANDBERG
Trial Attorneys
U.S. Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C.  20530
Telephone:  (202) 514-3489
Facsimile: (202) 616-8202

Counsel for Defendants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ASSOCIATION OF ADMINISTRATIVE ) <br> LAW JUDGES, et al., ) <br> ) <br> Plaintiffs, ) <br> ) Civil No. 07cv00711 (RMC) <br> v. ) <br> ) <br> UNITED STATES OFFICE OF ) <br> PERSONNEL MANAGEMENT, et al., ) <br> ) <br> Defendants. ) <br> ) | |

**PROPOSED ORDER**

UPON CONSIDERATION of defendants' Unopposed Motion for Extension of Time to Respond to Rule 37 motion, it is hereby, this _____ day of _____, 2008,

ORDERED that the motion is granted, making the response due August 29, 2008.

_____
UNITED STATES DISTRICT COURT
JUDGE