IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, <u>et al.</u>, )<br>)<br>Defendants. )<br>) | Civil No. 07cv00711 (RMC) |

**NOTICE**

During a July 29, 2008 telephone conference, which was memorialized in pertinent part in a July 30th minute entry ("Minute Entry"), the Court ordered defendants to file a notice "indicating the anticipated date" by which they will supplement the administrative record regarding their decision to accept administrative law judge applications until the earlier of the passage of two weeks or the end of the day on which the 1,250th application was received. <u>See</u> Minute Entry. Defendants anticipate completing any supplementation by August 22, 2008, the deadline proposed by the Court, <u>id.</u> But previously scheduled travel plans and the time-intensive nature of this (unanticipated) task may require defendants to seek additional time.[1]

Dated: August 1, 2008                    Respectfully submitted,

                                         GREGORY G. KATSAS
                                         Assistant Attorney General

---

[1] To be clear, as defendants noted during the July 29th telephone conference, they do not understand plaintiffs' complaint to challenge the decision to accept applications for two weeks or until the end of the day on which the 1,250th application was received.

1

JEFFREY A. TAYLOR
United States Attorney

SUSAN RUDY
Assistant Branch Director

 /s/ Justin M. Sandberg
CHRISTOPHER R. HALL
JUSTIN M. SANDBERG
Trial Attorneys
U.S. Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20530
Telephone: (202) 514-3489
Facsimile: (202) 616-8202

Counsel for Defendants