IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., )<br>)<br>Defendants. )<br>) | Civil No. 07-CV-711 (RMC) |

**UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO SUPPLEMENT RECORD AND CONTINUANCE OF BRIEFING SCHEDULE**

Defendants respectfully request a two-week extension of time from August 22, 2008, until September 5, 2008, within which to supplement the administrative record as ordered by the Court in a July 29, 2008 telephone conference, which was memorialized by minute entry on July 30, 2008. Defendants also request that the related dispositive motion deadlines be extended as well. Plaintiffs do not oppose the requested extension. As good cause for this request, defendants states as follows:

1.  In a July 29, 2008 telephone conference, the Court ordered Defendants to supplement the administrative record regarding their decision to accept administrative law judge applications until the earlier of the passage of two weeks or the end of the day by which the Office of Personnel Management ("OPM") had received 1,250 applications for administrative law judge positions. See Minute Entry, July 30, 2008. The Court also directed Defendants to file a notice regarding the anticipated date of the supplementation, and noted, in any case, that the

supplementation should occur by August 22, 2008. Id. Finally, the Court set the following briefing schedule: Defendants' dispositive motion is due on September 22, 2008, Plaintiffs' response is due on October 20, 2008, and Defendants' reply, if any, is due on November 17, 2008. Id.

2. In their notice regarding the anticipated date of the supplementation, Defendants stated: "Defendants anticipate completing any supplementation by August 22, 2008, the deadline proposed by the Court * * *[,] but previously scheduled travel plans and the time-intensive nature of this (unanticipated) task may require defendants to seek additional time." Defs.' Notice of Aug. 1, 2008 [Docket No. 36].

3. As anticipated, Defendants need additional time within which to supplement the record because key agency personnel have been out of the office over the past week and remain out of the office this week, and Department of Justice trial attorneys Christopher Hall and Justin Sandberg will be out of the office or otherwise unavailable for significant portions of this week as well. In conjunction with the press of other business, these absences have rendered the current deadline impractical.

4. In light of the requested two-week extension of time for supplementation of the record, corresponding two-week extensions of the deadlines for filing the dispositive motion and the response also would be appropriate. A sixteen-day extension of the deadline for filing the reply would be appropriate in light of the Thanksgiving Holiday. These extensions would essentially leave the current structure of the briefing schedule intact. The following briefing schedule would result from such an extension: Defendants' dispositive motion would be due on October 6, 2008, Plaintiffs' response would be due on November 3, 2008, and Defendants' reply,

if any, would be due on December 3, 2008.

    Accordingly, Defendants request a two-week extension of time until September 5, 2008 within which to supplement the administrative record, and request that the briefing schedule deadlines be extended as described in Paragraph 4.

Dated: August 19, 2008                                          Respectfully submitted,

                                                                                 GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SUSAN K. RUDY
Assistant Branch Director

 /s/ Christopher R. Hall
CHRISTOPHER R. HALL
JUSTIN M. SANDBERG
Trial Attorneys
U.S. Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20530
Telephone: (202) 514-3489
Facsimile: (202) 616-8202

Counsel for Defendants

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil No. 07cv00711 (RMC) |

## ORDER

Upon consideration of Defendants' Unopposed Motion for Extension of Deadline to Supplement Administrative Record and Continuance of Briefing Schedule, the Court GRANTS Defendants' motion and adopts the following schedule for the resolution of this matter:

1. Defendants will file the supplement to the Administrative Record on or before September 5, 2008.

2. Defendants will file their motion for summary judgment on or before October 6, 2008.

3. Plaintiffs will file their opposition to Defendants' motion for summary judgment on or before November 3, 2008.

4. Defendants will file their reply in support of their motion for summary judgment, if any, on or before December 3, 2008.

SO ORDERED this _____ day of _____, 2008.

_____
Honorable Rosemary M. Collyer
United States District Judge